**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION

Case number *(if known)* _____

**Chapter you are filing under:**

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **William** <br> First name | **Dara** <br> First name |
| | | **Bennett** <br> Middle name | **Stabler** <br> Middle name |
| | Bring your picture identification to your meeting with the trustee. | **Chinnis, III** <br> Last name and Suffix (Sr., Jr., II, III) | **Chinnis** <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br> Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-8494 | xxx-xx-6475 |

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document     Page 1 of 149

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EINs

■ I have not used any business name or EINs.

Business name(s)

EINs

**5.** **Where you live**

**5762 Mal Dr**
**Mobile, AL 36693-3075**
Number, Street, City, State & ZIP Code

**Mobile**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.  How you will pay the fee**

☑ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.  Have you filed for bankruptcy within the last 8 years?**

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.  Do you rent your residence?**

☐ No.    Go to line 12.

☑ Yes.    Has your landlord obtained an eviction judgment against you?

☑ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document    Page 3 of 149

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a** *small business debtor?*

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document    Page 4 of 149

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>  ☐ **Incapacity.**<br>    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>  ☐ **Disability.**<br>    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>  ☐ **Active duty.**<br>    I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>  ☐ **Incapacity.**<br>    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>  ☐ **Disability.**<br>    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>  ☐ **Active duty.**<br>    I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C.§ 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☒ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17.** Are you filing under Chapter 7?

☐ No.    I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☒ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** How much do you estimate your assets to be worth?

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ William Bennett Chinnis, III**                    **/s/ Dara Stabler Chinnis**
**William Bennett Chinnis, III**                         **Dara Stabler Chinnis**
Signature of Debtor 1                                      Signature of Debtor 2

Executed on    **September 10, 2018**          Executed on    **September 10, 2018**
                      MM / DD / YYYY                                            MM / DD / YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Alexandra K. Garrett**                      Date   **September 10, 2018**
Signature of Attorney for Debtor                         MM / DD / YYYY

**Alexandra K. Garrett**
Printed name

**Silver, Voit & Thompson**
Firm name

**4317-A Midmost Dr.**
**Mobile, AL 36609**
Number, Street, City, State & ZIP Code

Contact phone   **(251) 343-0800**          Email address   **agarrett@silvervoit.com**

**GARRA3702**
Bar number & State



**CFEFA**
Consumer Financial Education
Foundation of America

*Certificate Number:*    *18-68652*

# Certificate of Completion of Credit Counseling

*The Consumer Financial Education Foundation of America\**
*hereby certifies that*

## William B Chinnis III

*completed a session of Credit Counseling, required pursuant to*
*11 U.S.C. Section 521 (b).*

*Done this*        *18th day of April, 2018.*



*Rickard K. Mauk*
*Certified Financial Health Counselor*



# CFEFA
Consumer Financial Education
Foundation of America

*Certificate Number :*     *18-68653*

# Certificate of Completion
# of Credit Counseling

The Consumer Financial Education Foundation of America*
hereby certifies that

## Dara S Chinnis

completed a session of Credit Counseling, required pursuant to
11 U.S.C. Section 521 (b) .

Done this     18th day of April, 2018.



Rickard K. Mauk
Certified Financial Health Counselor

| Fill in this information to identify your case: |

| Debtor 1 | **William Bennett Chinnis, III** |
| | First Name · · · Middle Name · · · Last Name |
| Debtor 2 | **Dara Stabler Chinnis** |
| (Spouse if, filing) | First Name · · · Middle Name · · · Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:   Summarize Your Assets**

| | | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $         0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.............................................. | $      11,629.03 |
| | 1c. Copy line 63, Total of all property on Schedule A/B...................................................... | $      11,629.03 |

**Part 2:   Summarize Your Liabilities**

| | | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $         0.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $      114,963.41 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... | $    4,720,294.79 |
| | **Your total liabilities** | $    4,835,258.20 |

**Part 3:   Summarize Your Income and Expenses**

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) | |
| | Copy your combined monthly income from line 12 of *Schedule I*.............................................. | $      1,923.03 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*..................................................... | $      3,297.00 |

**Part 4:   Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C.§ 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 2018 CINGroup - www.cincompass.com

8. **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 114,963.41 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 114,963.41 |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document      Page 11 of 149

| Debtor 1 | **William Bennett Chinnis, III** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Dara Stabler Chinnis** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION | | |
| Case number | | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

| 3.1 Make: | **Jeep** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
|---|---|---|---|---|
| Model: | **Grand Cherokee 2WD** | ■ Debtor 1 only | | |
| Year: | **1994** | ☐ Debtor 2 only | | |
| Approximate mileage: | **100000** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Other information: | | ☐ At least one of the debtors and another | | |
| | | ☐ Check if this is community property (see instructions) | $500.00 | $500.00 |

| 3.2 Make: | **Jeep** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
|---|---|---|---|---|
| Model: | **Grand Cherokee 2WD** | ■ Debtor 1 only | | |
| Year: | **2005** | ☐ Debtor 2 only | | |
| Approximate mileage: | **86000** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Other information: | | ☐ At least one of the debtors and another | | |
| | | ☐ Check if this is community property (see instructions) | $7,000.00 | $7,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=>

| | **$7,500.00** |

**Part 3:**  Describe Your Personal and  Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ■ Yes. Describe.....

| Bedroom Suite ($375), Living Room Suite ($500), Dining Room Suite ($400), China Set ($100), small kitchen appliances ($300), refrigerator ($600), washer and dryer ($400); tools ($100) | $2,775.00 |

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ■ Yes. Describe.....

| Vizio TV ($75), Insignia TV ($200), Laptop ($75), Printer ($25) | $375.00 |

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ■ No
    ☐ Yes. Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☐ No
    ■ Yes. Describe.....

| Fishing Gear | $125.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

| Reuger hangun | $200.00 |

| Smith & Wesson Handgun | $125.00 |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| Personal Clothing | $200.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

| Wedding bands, women's engagement ring. | $300.00 |

13. **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☑ No
   ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
   ☑ No
   ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .........................................................................

| **$4,100.00** |

---

**Part 4:**  Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☑ No
   ☐ Yes................................................................................................

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ☑ Yes........................            Institution name:

| | 17.1. | **Checking Account** | **BBVA Compass** | $24.84 |
|---|---|---|---|---|
| | 17.2. | **Checking Account** | **BBVA Compass** | $0.41 |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☑ No
   ☐ Yes.................            Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☑ No
   ☐ Yes.  Give specific information about them...................
            Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ☑ No
   ☐ Yes. Give specific information about them
            Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☑ No
   ☐ Yes. List each account separately.
            Type of account:            Institution name:

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
                          Document      Page 14 of 149

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................                              Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............          Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes.  Give specific information..

| Member loan owed by Meat Boss, LLC | $0.78 |
| --- | --- |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
              Company name:                          Beneficiary:                    Surrender or refund value:

32. **Any interest in property that is due from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
                  Document        Page 15 of 149

☐ Yes.  Give specific information..

33.  **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
     *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
     ■ No
     ☐ Yes.  Describe each claim.........

34.  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
     ■ No
     ☐ Yes.  Describe each claim.........

35.  **Any financial assets you did not already list**
     ■ No
     ☐ Yes.  Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................

|  | $26.03 |
|---|---|

---

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

---

37.  **Do you own or have any legal or equitable interest in any business-related property?**
     ☐ No. Go to Part 6.
     ■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**
     ■ No
     ☐ Yes.  Describe.....

39.  **Office equipment, furnishings, and supplies**
     *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
     ■ No
     ☐ Yes.  Describe.....

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
     ■ No
     ☐ Yes.  Describe.....

41.  **Inventory**
     ■ No
     ☐ Yes.  Describe.....

42.  **Interests in partnerships or joint ventures**
     ☐ No
     ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Dara Chinnis' Membership Interest in Meat Boss, LLC (Total assets of $21,000 and total liabilities of $87,000)** | 95.00 % | $0.95 |
| **William Chinnis, III's Membership Interest in Meat Boss, LLC (Total assets of $21,000 and total liabilities of $87,000)** | 5.00 % | $0.05 |

| | | | |
|---|---|---|---|
| **Dara Chinnis' Membership interest in DSC, LLC (owns approx. 4 acres at 1561 Conception St., Mobile. AL having FMV of $10,000 and subject to SBA lien of $900,000)** | 95.00 | % | $0.95 |
| **William Chinnis, III's Membership interest in DSC, LLC (owns approx. 4 acres at 1561 Conception St., Mobile. AL having FMV of $10,000 and subject to SBA lien of $900,000)** | 5.00 | % | $0.05 |
| **William Chinnis' Membership interest in Southern Fastener, LLC (defunct LLC owns nothing of value and is not operating)** | 95.00 | % | $0.95 |
| **Dara Chinnis' Membership interest in Southern Fastener, LLC (defunct LLC owns nothing of value and is not operating)** | 5.00 | % | $0.05 |

43. **Customer lists, mailing lists, or other compilations**
   ■ No.
   ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ■ No
   ☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
   ■ No
   ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................................................................**          $3.00

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
          If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

**Part 7:**  **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here ....................................**          $0.00

| Part 8: | List the Totals of Each Part of this Form |
| --- | --- |

| | | | |
| --- | --- | --- | --- |
| 55. | **Part 1: Total real estate, line 2** ................................................................................................................. | | $0.00 |
| 56. | **Part 2: Total vehicles, line 5** | $7,500.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $4,100.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $26.03 | |
| 59. | **Part 5: Total business-related property, line 45** | $3.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54**   + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $11,629.03    Copy personal property total | $11,629.03 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | $11,629.03 |

| | | | |
|---|---|---|---|
| Debtor 1 | **William Bennett Chinnis, III** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Dara Stabler Chinnis** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

---

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Jeep Grand Cherokee 2WD 1994 100000** Line from *Schedule A/B* **3.1** | $500.00 | ■ $500.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Ala. Code § 6-10-6** |
| **Jeep Grand Cherokee 2WD 2005 86000** Line from *Schedule A/B* **3.2** | $7,000.00 | ■ $7,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Ala. Code § 6-10-6** |
| **Bedroom Suite ($375), Living Room Suite ($500), Dining Room Suite ($400), China Set ($100), small kitchen appliances ($300), refrigerator ($600), washer and dryer ($400); tools ($100)** Line from *Schedule A/B* **6.1** | $2,775.00 | ■ $2,675.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Ala. Code § 6-10-6** |
| **Vizio TV ($75), Insignia TV ($200), Laptop ($75), Printer ($25)** Line from *Schedule A/B* **7.1** | $375.00 | ■ $375.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Ala. Code § 6-10-6** |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document    Page 19 of 149

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Fishing Gear**<br>Line from *Schedule A/B*: **9.1** | $125.00 | ■ $125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ala. Code § 6-10-6** |
| **Reuger hangun**<br>Line from *Schedule A/B*: **10.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ala. Code § 6-10-6** |
| **Smith & Wesson Handgun**<br>Line from *Schedule A/B*: **10.2** | $125.00 | ■ $125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ala. Code § 6-10-6** |
| **Personal Clothing**<br>Line from *Schedule A/B*: **11.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ala. Code § 6-10-6** |
| **Wedding bands, women's engagement ring.**<br>Line from *Schedule A/B*: **12.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ala. Code § 6-10-6** |
| **BBVA Compass**<br>Line from *Schedule A/B*: **17.1** | $24.84 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Ala. Code § 6-10-6** |
| **BBVA Compass**<br>Line from *Schedule A/B*: **17.2** | $0.41 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Ala. Code § 6-10-6** |
| **Member loan owed by Meat Boss, LLC**<br>Line from *Schedule A/B*: **30.1** | $0.78 | ■ $0.78<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ala. Code § 6-10-6** |
| **Dara Chinnis' Membership Interest in Meat Boss, LLC (Total assets of $21,000 and total liabilities of $87,000)**<br>Line from *Schedule A/B*: **42.1** | $0.95 | ■ $0.95<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ala. Code § 6-10-6** |
| **William Chinnis, III's Membership Interest in Meat Boss, LLC (Total assets of $21,000 and total liabilities of $87,000)**<br>Line from *Schedule A/B*: **42.2** | $0.05 | ■ $0.05<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ala. Code § 6-10-6** |
| **Dara Chinnis' Membership interest in DSC, LLC (owns approx. 4 acres at 1561 Conception St., Mobile. AL having FMV of $10,000 and subject to SBA lien of $900,000)**<br>Line from *Schedule A/B*: **42.3** | $0.95 | ■ $0.95<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ala. Code § 6-10-6** |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Case 18-03667     Doc 1     Filed 09/10/18     Entered 09/10/18 16:18:50     Desc Main
Document          Page 20 of 149

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **William Chinnis, III's Membership interest in DSC, LLC (owns approx. 4 acres at 1561 Conception St., Mobile. AL having FMV of $10,000 and subject to SBA lien of $900,000)** <br>Line from *Schedule A/B:* **42.4** | $0.05 | ■        $0.05<br>☐   100% of fair market value, up to any applicable statutory limit | **Ala. Code § 6-10-6** |
| **William Chinnis' Membership interest in Southern Fastener, LLC (defunct LLC owns nothing of value and is not operating)** <br>Line from *Schedule A/B:* **42.5** | $0.95 | ■        $0.95<br>☐   100% of fair market value, up to any applicable statutory limit | **Ala. Code § 6-10-6** |
| **Dara Chinnis' Membership interest in Southern Fastener, LLC (defunct LLC owns nothing of value and is not operating)** <br>Line from *Schedule A/B:* **42.6** | $0.05 | ■        $0.05<br>☐   100% of fair market value, up to any applicable statutory limit | **Ala. Code § 6-10-6** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■   No

   ☐   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

          ☐   No

          ☐   Yes

| | |
|---|---|
| Debtor 1 | **William Bennett Chinnis, III** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | **Dara Stabler Chinnis** |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

    ■ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| | |
|---|---|
| Debtor 1 | **William Bennett Chinnis, III** |
| | First Name          Middle Name                    Last Name |
| Debtor 2 | **Dara Stabler Chinnis** |
| (Spouse if, filing) | First Name          Middle Name                    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

    ☐ No. Go to Part 2.

    ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor 's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **City of Mobile, AL Revenue Department** <br> Priority Creditor's Name | Last 4 digits of account number  _____ | **$45,000.00** | **$45,000.00** | **$0.00** |
| **PO Box 3065** <br> **Mobile, AL 36652-3065** <br> Number Street City State Zip Code | When was the debt incurred?    **2017** | | | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify    **Possible personal liability for 2017 sales tax debt of Meat Boss, LLC**

| 2.2 | **Mobile County Revenue Commissioner** | Last 4 digits of account number _____ | $8,000.00 | $8,000.00 | $0.00 |

Priority Creditor's Name

When was the debt incurred?    **2017**

**PO Box 1169**
**Mobile, AL 36633-1169**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

_____
**Possible personal liability for 2017 sales and use tax of Meat Boss, LLC**

---

| 2.3 | **State of AL Dept of Revenue** | Last 4 digits of account number _____ | $18,000.00 | $18,000.00 | $0.00 |

Priority Creditor's Name

When was the debt incurred?    **2017**

**50 N Ripley St**
**Montgomery, AL 36130-1001**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

_____
**Possible personal liability for 2017 sales and use tax from Meat Boss, LLC**

---

| 2.4 | **State of AL Dept of Revenue** | Last 4 digits of account number _____ | $43,963.41 | $43,963.41 | $0.00 |

Priority Creditor's Name

When was the debt incurred?    **08/16/2018**

**50 N Ripley St**
**Montgomery, AL 36130-1001**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

_____
**Erroneous claim for 2007 personal income tax.**

---

| **Part 2:** | List All of Your NONPRIORITY Unsecured Claims |

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document      Page 24 of 149

3.  **Do any creditors have nonpriority unsecured claims against you?**

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

    ☑ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  |  | Total claim |
|---|---|---|---|---|

| 4.1 | **AAA Cooper Transportation** | Last 4 digits of account number _____ | $12,198.05 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?  **2010**

**5210 Kooiman Rd**
**Theodore, AL 36582-1612**
Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                 ☑ Contingent

☐ Debtor 2 only                 ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only    ☑ Disputed

☑ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**

☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

☑ No                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                           ☑ Other. Specify  **Possible personal liability for debt of**
                                                  **Southern Fastener, LLC**

| 4.2 | **Aaron Oil Company, Inc. VD** | Last 4 digits of account number _____ | $256.78 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?  **2009**

**PO Box 2304**
**Mobile, AL 36652-2304**
Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                 ☑ Contingent

☐ Debtor 2 only                 ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only    ☐ Disputed

☑ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**

☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

☑ No                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                           ☑ Other. Specify  **Possible personal liability for debt of**
                                                  **Southern Fastener, LLC**

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| 4.3 | **Ace Hardware & Construction Supply** | | **Last 4 digits of account number** _____ | **$417.07** |

Nonpriority Creditor's Name

**10041 Highway 43**
**Creola, AL 36525-4540**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  2009

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personalliability for debt of Southern Fastener, LLC**

---

| 4.4 | **Advanced Disposal Services** | | **Last 4 digits of account number** _____ | **$2,078.78** |

Nonpriority Creditor's Name

**PO Box 791064**
**Baltimore, MD 21279-1064**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  2009-10

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.5 | **Alabama Express** | | **Last 4 digits of account number** _____ | **$6,850.00** |

Nonpriority Creditor's Name

**PO Box 81462**
**Mobile, AL 36689-1462**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  2009

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

Software Copyright (c) 2018 CINGroup - www.cincompass.com
Case 18-03667   Doc 1   Filed 09/10/18   Entered 09/10/18 16:18:50   Desc Main
Document      Page 26 of 149

| 4.6 | **Alafab, Inc.** | Last 4 digits of account number _____ | $635.00 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?   **2009**

**770 Pierce Rd**
**Mobile, AL 36608-9441**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.7 | **All Plastics & Fiberglass, Inc.** | Last 4 digits of account number _____ | $5,969.42 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?   **2009**

**8201 Zeigler Blvd**
**Mobile, AL 36608-5230**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.8 | **All-Tech Machining** | Last 4 digits of account number _____ | $235.00 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?   **2010**

**13475 Laco Cooper Rd**
**Wilmer, AL 36587-8201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document      Page 27 of 149

---

| 4.9 | **Allen-Southern Electric Motor Service** | | Last 4 digits of account number _____ | | $4,842.80 |

Nonpriority Creditor's Name

**2877 Mill St**
**Mobile, AL 36607-1919**
Number Street City State Zip Code

When was the debt incurred?  **2009**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.10 | **Alloy & Stainless Fastener** | | Last 4 digits of account number _____ | | $216,857.00 |

Nonpriority Creditor's Name

**PO Box 974032**
**Dallas, TX 75397-4032**
Number Street City State Zip Code

When was the debt incurred?  **2009**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.11 | **Alloy & Stainless Fastener** | | Last 4 digits of account number _____ | | $44,821.00 |

Nonpriority Creditor's Name

**PO Box 974032**
**Dallas, TX 75397-4032**
Number Street City State Zip Code

When was the debt incurred?  **2009-10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document      Page 28 of 149

| 4.12 | **Ameribolt_1** | Last 4 digits of account number _____ | **$4,340.95** |
|------|------|------|------|

Nonpriority Creditor's Name

When was the debt incurred?     **2009**

**PO Box 827**
**Sylacauga, AL 35150-0827**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Possible personal liability for debt of Soutern Fastener, LLC**

---

| 4.13 | **Androck Hardware Corp.** | Last 4 digits of account number _____ | **$485.70** |
|------|------|------|------|

Nonpriority Creditor's Name

When was the debt incurred?     **2009**

**711 19th St**
**Rockford, IL 61104-3434**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
☐ Other. Specify    **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.14 | **Arc Controls, Inc.** | Last 4 digits of account number _____ | **$1,095.00** |
|------|------|------|------|

Nonpriority Creditor's Name

When was the debt incurred?     **2009**

**4875 Tufts Rd**
**Mobile, AL 36619-8933**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Possible personal liability for debt of Southern Fastener, LLC**

Case 18-03667     Doc 1     Filed 09/10/18     Entered 09/10/18 16:18:50     Desc Main
Document          Page 29 of 149

| 4.15 | **Associated Builders & Contractors** | Last 4 digits of account number _____ | **$50.00** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?  **2009**

**755 McRae Ave Apt C**
**Mobile, AL 36606-4538**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No

☐ Yes

■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.16 | **Atlas Bolt & Screw Corp.** | Last 4 digits of account number _____ | **$1,497.44** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?  **2009**

**PO Box 96113**
**Chicago, IL 60693-6113**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No

☐ Yes

☐ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.17 | **Automatic Processing, Inc.** | Last 4 digits of account number _____ | **$15,417.54** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?  **2009-10**

**PO Box 843771**
**Dallas, TX 75284-3771**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No

☐ Yes

■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
                  Document         Page 30 of 149

| 4.18 | **B & G Manufacturing** | Last 4 digits of account number _____ | $327.00 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?    **2009**

**3067 Unionville Pike**
**Hatfield, PA 19440-1822**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?
■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.19 | **Bank of New York Mellon** | Last 4 digits of account number _____ | $10,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?    **June 18, 2012**

**101 Barclay St # 4W**
**New York, NY 10007-2550**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?
■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Possible deficiency debt resulting from foreclosure of mortgage on debtors' homeplace**

---

| 4.20 | **Barron Company, LLC** | Last 4 digits of account number _____ | $1,095.28 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?    **2009**

**PO Box 611144**
**Birmingham, AL 35261-1144**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?
■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Possible personal liability for debt of Southern Fastener, LLC**

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document    Page 31 of 149

| 4.21 | **Bay Paper Company** | Last 4 digits of account number _____ | **$1,374.95** |
|------|-----------------------|---------------------------------------------|----------------|

Nonpriority Creditor's Name

When was the debt incurred?  **2009**

**1 Bay Paper Dr**
**Mobile, AL 36607-2400**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.22 | **Bay Steel** | Last 4 digits of account number _____ | **$53,299.12** |
|------|---------------|---------------------------------------------|-----------------|

Nonpriority Creditor's Name

When was the debt incurred?  **2008-09**

**PO Box 376**
**Mobile, AL 36601-0376**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.23 | **Bayou Fasteners** | Last 4 digits of account number _____ | **$2,497.05** |
|------|---------------------|---------------------------------------------|----------------|

Nonpriority Creditor's Name

When was the debt incurred?  **2009**

**730 Industrial Pkwy**
**Saraland, AL 36571-3714**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Possible personal liability of Southern Fastener, LLC**

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document      Page 32 of 149

| 4.24 | **Bayside Rubber & Products, Inc.** | | $2,994.26 |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____

When was the debt incurred?    **2010**

**PO Box 9344**
**Mobile, AL 36691-0344**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.25 | **Binder Metal Products** | | $236.90 |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____

When was the debt incurred?    **2010**

**PO Box 2306**
**Gardena, CA 90247-0306**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.26 | **Block USA** | | $6,979.52 |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____

When was the debt incurred?    **2009**

**PO Box 1227**
**Mobile, AL 36633-1227**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Possible personal liability for debt of Southern Fastener, LLC**

---

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document    Page 33 of 149

| 4.27 | **Brighton-Best Socket Screw Mfg., Inc.** | Last 4 digits of account number _____ | $31,663.12 |

Nonpriority Creditor's Name

**5855 Obispo Ave**
**Long Beach, CA 90805-3715**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?  **2010**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.28 | **Brikksen, Inc.** | Last 4 digits of account number _____ | $2,557.08 |

Nonpriority Creditor's Name

**PO Box 471318**
**Lake Monroe, FL 32747-1318**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?  **2009-10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.29 | **Brookview Bolt** | Last 4 digits of account number _____ | $525.67 |

Nonpriority Creditor's Name

**1954 Brookview Rd**
**Castleton on Hudson, NY 12033-9728**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?  **2009-10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

Case 18-03667     Doc 1     Filed 09/10/18     Entered 09/10/18 16:18:50     Desc Main
Document     Page 34 of 149

| 4.30 | **Business & Professional** | Last 4 digits of account number _____ | $675.00 |

Nonpriority Creditor's Name

When was the debt incurred? **2009**

**PO Box 16512**
**Mobile, AL 36616-0512**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

| 4.31 | **C.N. Fastener Mfg. Company** | Last 4 digits of account number _____ | $5,419.17 |

Nonpriority Creditor's Name

When was the debt incurred? **2009**

**14825 Northwest Fwy Ste 900**
**Houston, TX 77040-4081**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

| 4.32 | **Cam2 Industrial Oil & Supply, Inc.** | Last 4 digits of account number _____ | $1,531.22 |

Nonpriority Creditor's Name

When was the debt incurred? **2009**

**PO Box 903**
**Grove Hill, AL 36451-0903**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
                         Document         Page 35 of 149

| 4.33 | **Cardinal Fastener** | Last 4 digits of account number _____ | $815.24 |
|------|------------------------|------------------------------------------|---------|

Nonpriority Creditor's Name

When was the debt incurred?  **2010**

**5185 Richmond Rd**
**Bedford, OH 44146-1330**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.34 | **CCI Pipeline Systems, Inc.** | Last 4 digits of account number _____ | $52.55 |
|------|--------------------------------|------------------------------------------|--------|

Nonpriority Creditor's Name

When was the debt incurred?  **2010**

**1058 O'Neal Dr**
**Breaux Bridge, LA 70517-7203**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.35 | **Cintas #211** | Last 4 digits of account number _____ | $4,250.03 |
|------|-----------------|------------------------------------------|-----------|

Nonpriority Creditor's Name

When was the debt incurred?  **2009**

**PO Box 190727**
**Mobile, AL 36619-0727**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document      Page 36 of 149

| 4.36 | **CityBizUSA** | Last 4 digits of account number _____ | $619.61 |

Nonpriority Creditor's Name

**5401 Cottage Hill Rd Ste D**
**Mobile, AL 36609-4236**
Number Street City State ZIp Code

When was the debt incurred?  **2009-10**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.37 | **Coastal Imprints** | Last 4 digits of account number _____ | $27.18 |

Nonpriority Creditor's Name

**620 Saraland Blvd S Apt B**
**Saraland, AL 36571-3603**
Number Street City State ZIp Code

When was the debt incurred?  **2009**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.38 | **Countrywide Home Loans, Inc.** | Last 4 digits of account number  **2089** | $65,000.00 |

Nonpriority Creditor's Name

**4500 Park Granada**
**Calabasas, CA 91302-1613**
Number Street City State ZIp Code

When was the debt incurred?  **December 22, 2006**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Possible deficiency from 2nd mortgage on debtors' former homeplace following foreclosure by Bank of New York as holder of 1st mortgage**

---

| 4.39 | **CPU2, LLC** | Last 4 digits of account number _____ | $184.70 |

Nonpriority Creditor's Name

**19348 N 4th St**
**Covington, LA 70433-8875**

When was the debt incurred?   **2009**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Possible personal liability for debt of**
**Southern Fastener, LLC**

---

| 4.40 | **Dan-Loc Bolt & Gasket, Inc.** | Last 4 digits of account number _____ | $748.16 |

Nonpriority Creditor's Name

**PO Box 676866**
**Dallas, TX 75267-6866**

When was the debt incurred?   **2010**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Possible personal liability for debt of**
**Southern Fastener, LLC**

---

| 4.41 | **Darling Bolt Company** | Last 4 digits of account number _____ | $2,389.66 |

Nonpriority Creditor's Name

**PO Box 2035**
**Warren, MI 48090-2035**

When was the debt incurred?   **2009**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Possible personal liabiolity for debt of**
**Southern Fastener, LLC**

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document          Page 38 of 149

| 4.42 | **Davison Oil Company** | Last 4 digits of account number _____ | $58.70 |

Nonpriority Creditor's Name

**8450 Tanner Williams Rd**
**Mobile, AL 36608-8316**
Number Street City State Zip Code

When was the debt incurred?   **2009**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.43 | **Deltacom** | Last 4 digits of account number _____ | $2,976.74 |

Nonpriority Creditor's Name

**PO Box 2252**
**Birmingham, AL 35246-0031**
Number Street City State Zip Code

When was the debt incurred?   **2009-10**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.44 | **Dewalt Service Center** | Last 4 digits of account number _____ | $34.40 |

Nonpriority Creditor's Name

**3831 Airport Blvd**
**Mobile, AL 36608-1619**
Number Street City State Zip Code

When was the debt incurred?   **2010**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

| 4.45 | **Diversified Industrial Supply, LLC** | Last 4 digits of account number _____ | **$192.48** |

Nonpriority Creditor's Name

When was the debt incurred?    **2009**

**PO Box 238**
**Bucks, AL 36512-0238**
Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify    **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.46 | **Drillco, Inc.** | Last 4 digits of account number _____ | **$6,221.69** |

Nonpriority Creditor's Name

When was the debt incurred?    **2010**

**13011 S Choctaw Dr**
**Baton Rouge, LA 70815-2810**
Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify    **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.47 | **DSC, LLC** | Last 4 digits of account number _____ | **$6,000.00** |

Nonpriority Creditor's Name

When was the debt incurred?    **2010**

**1641 Conception Street Rd**
**Mobile, AL 36610-4751**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify    **Possible personal liability for debt of Southern Fastener, LLC**

---

| | | |
|---|---|---|
| 4.48 | **Durham Manufacturing Co.** | Last 4 digits of account number _____   $154.70 |

**Durham Manufacturing Co.**
Nonpriority Creditor's Name

When was the debt incurred?   **2009**

**PO Box 230**
**Durham, CT 06422-0230**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☒ No

☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

| | | |
|---|---|---|
| 4.49 | **Dyson Corporation** | Last 4 digits of account number _____   $18,711.85 |

**Dyson Corporation**
Nonpriority Creditor's Name

When was the debt incurred?   **2009**

**PO Box 75561**
**Cleveland, OH 44101-4200**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

| | | |
|---|---|---|
| 4.50 | **Evans & Company, Inc.** | Last 4 digits of account number _____   $1,787.45 |

**Evans & Company, Inc.**
Nonpriority Creditor's Name

When was the debt incurred?   **2009**

**7930 Zeigler Blvd**
**Mobile, AL 36608-5228**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document      Page 41 of 149

Debtor 1 **Chinnis, William Bennett III & Chinnis, Dara Stabler**
Debtor 2

Case number (if know) _____

---

| 4.51 | **Fed Ex** | Last 4 digits of account number _____ | **$425.26** |

Nonpriority Creditor's Name

When was the debt incurred? **2009-10**

**PO Box 1140**
**Memphis, TN 38101-1140**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.52 | **FedEX Fast Freight** | Last 4 digits of account number _____ | **$76.00** |

Nonpriority Creditor's Name

When was the debt incurred? **2009**

**PO Box 406708**
**Atlanta, GA 30384-6708**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.53 | **Ferrell Gas** | Last 4 digits of account number _____ | **$316.68** |

Nonpriority Creditor's Name

When was the debt incurred? **2010**

**PO Box 173940**
**Denver, CO 80217-3940**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Case 18-03667     Doc 1     Filed 09/10/18     Entered 09/10/18 16:18:50     Desc Main
Document          Page 42 of 149

| 4.54 | **Ford Motor Credit** | Last 4 digits of account number | 0867 | $6,030.48 |

Nonpriority Creditor's Name

**PO Box 542000**
**Omaha, NE 68154-8000**
Number Street City State Zip Code

When was the debt incurred? **2007**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

| 4.55 | **Ford Motor Credit** | Last 4 digits of account number | 0867 | $10,350.00 |

Nonpriority Creditor's Name

**PO Box 542000**
**Omaha, NE 68154-8000**
Number Street City State Zip Code

When was the debt incurred? **2007**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

| 4.56 | **Ford Motor Credit** | Last 4 digits of account number | 7678 | $9,176.19 |

Nonpriority Creditor's Name

**PO Box 542000**
**Omaha, NE 68154-8000**
Number Street City State Zip Code

When was the debt incurred? **2007**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document      Page 43 of 149

| 4.57 | **Ford Motor Credit** | Last 4 digits of account number | **7655** | **$22,430.39** |

Nonpriority Creditor's Name

**PO Box 542000**
**Omaha, NE 68154-8000**
Number Street City State Zip Code

**When was the debt incurred?** **2007**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.58 | **Ford Motor Credit** | Last 4 digits of account number | **7350** | **$21,522.51** |

Nonpriority Creditor's Name

**PO Box 542000**
**Omaha, NE 68154-8000**
Number Street City State Zip Code

**When was the debt incurred?** **2007**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.59 | **Ford Motor Credit** | Last 4 digits of account number | **7655** | **$9,200.00** |

Nonpriority Creditor's Name

**PO Box 542000**
**Omaha, NE 68154-8000**
Number Street City State Zip Code

**When was the debt incurred?** **2008**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document      Page 44 of 149

| 4.60 | **Forest City Bolt** | Last 4 digits of account number _____ | **$148.19** |
|------|---------------------|-------------------------------------------|-------------|

Nonpriority Creditor's Name

**PO Box 2105**
**Loves Park, IL 61130-0105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2010**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.61 | **Frischkorn, Inc.** | Last 4 digits of account number _____ | **$122.75** |
|------|---------------------|-------------------------------------------|-------------|

Nonpriority Creditor's Name

**PO Box 100286**
**Atlanta, GA 30384-0286**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2009**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.62 | **Frischkorn, Inc. #2047** | Last 4 digits of account number _____ | **$1,073.80** |
|------|---------------------------|-------------------------------------------|---------------|

Nonpriority Creditor's Name

**715 W Claiborne St**
**Monroeville, AL 36460-1644**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2010**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

| 4.63 | **G.L. Huyett** | Last 4 digits of account number _____ | $31.28 |

Nonpriority Creditor's Name

**PO Box 232**
**Minneapolis, KS 67467-0232**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

When was the debt incurred?   **2010**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.64 | **Gomien Security** | Last 4 digits of account number _____ | $3,672.00 |

Nonpriority Creditor's Name

**8550 Cottage Hill Rd**
**Mobile, AL 36695-3611**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

When was the debt incurred?   **2009-10**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.65 | **Great Plains Industries, Inc.** | Last 4 digits of account number _____ | $729.34 |

Nonpriority Creditor's Name

**5252 E 36th St N**
**Wichita, KS 67220-3205**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

When was the debt incurred?   **2009**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| 4.66 | **Gulf State Hangers & Supports** | Last 4 digits of account number _____ | $81.48 |

Nonpriority Creditor's Name

When was the debt incurred? **2010**

**PO Box 407**
**Theodore, AL 36590-0407**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible personal liability for debt of Southern Fastner, LLC**

---

| 4.67 | **Gulf States Saw & Machine Co., Inc.** | Last 4 digits of account number _____ | $127.29 |

Nonpriority Creditor's Name

When was the debt incurred? **2010**

**PO Box 3609**
**Hueytown, AL 35023-0609**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.68 | **Gulf Supply, Inc.** | Last 4 digits of account number _____ | $31.77 |

Nonpriority Creditor's Name

When was the debt incurred? **2010**

**PO Box 11454**
**Mobile, AL 36671-0454**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

Case 18-03667     Doc 1     Filed 09/10/18     Entered 09/10/18 16:18:50     Desc Main
                    Document          Page 47 of 149

---

| 4.69 | **Heads & Threads International, LLC** | Last 4 digits of account number _____ | **$2,692.71** |

Nonpriority Creditor's Name

**23215 Network Pl**
**Chicago, IL 60673-1232**

When was the debt incurred?  **2009**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.70 | **Highland Threads, Inc.** | Last 4 digits of account number _____ | **$219,692.90** |

Nonpriority Creditor's Name

**11700 Gloger St**
**Houston, TX 77039-6308**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify  **Possible personal liability for debt of southern fastener, LLC**

---

| 4.71 | **Hiller Systems, Inc.** | Last 4 digits of account number _____ | **$540.92** |

Nonpriority Creditor's Name

**PO Box 91508**
**Mobile, AL 36691-1508**

When was the debt incurred?  **2009**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Possible personal liability for the debt of Southern Fastener, LLC**

---

| 4.72 | **Hilti, Inc.** | Last 4 digits of account number _____ | $2,825.59 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?    **2009**

**PO Box 382002**
**Pittsburgh, PA 15251-8002**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personalliability for debt of southern Fastener, LLC**

---

| 4.73 | **Ideal Supply, Inc.** | Last 4 digits of account number _____ | $642.00 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?    **2010**

**11400 Kreutzer Rd Unit A**
**Huntley, IL 60142-8094**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.74 | **Industrial Fort Lift & Truck Repair** | Last 4 digits of account number _____ | $822.93 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?    **2009**

**PO Box 102**
**Theodore, AL 36590-0102**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document     Page 49 of 149

| 4.75 | **Industrial Medical Clinic** | Last 4 digits of account number _____ | **$1,165.00** |
|------|-------------------------------|------------------------------------------|----------------|

Nonpriority Creditor's Name

**PO Box 11984**
**Birmingham, AL 35202-1984**
Number Street City State ZIp Code

**When was the debt incurred?**   **2010**

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.76 | **Industrial Metal Finish** | Last 4 digits of account number _____ | **$809.60** |
|------|------------------------------|------------------------------------------|--------------|

Nonpriority Creditor's Name

**4200 Perry St**
**Houston, TX 77021-2756**
Number Street City State ZIp Code

**When was the debt incurred?**   **2009**

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.77 | **International Assurance, Inc.** | Last 4 digits of account number _____ | **$423.84** |
|------|-----------------------------------|------------------------------------------|--------------|

Nonpriority Creditor's Name

**PO Box 9635**
**Mobile, AL 36691-0635**
Number Street City State ZIp Code

**When was the debt incurred?**   **2009**

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

Case 18-03667     Doc 1     Filed 09/10/18     Entered 09/10/18 16:18:50     Desc Main
Document          Page 50 of 149

| 4.78 | **Interstate Threaded Products** | Last 4 digits of account number _____ | $6,281.93 |

Nonpriority Creditor's Name

**PO Box 224429**
**Dallas, TX 75222-4429**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    2009

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.79 | **Itcentric, LLC** | Last 4 digits of account number _____ | $7,361.07 |

Nonpriority Creditor's Name

**2316 Knollwood Dr Ste A**
**Mobile, AL 36693-3053**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    2009-10

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.80 | **Jackson County Chamber of Commerce** | Last 4 digits of account number _____ | $774.00 |

Nonpriority Creditor's Name

**PO Box 480**
**Pascagoula, MS 39568-0480**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    2010

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Possible personal liability for debt of Southern Fastener, LLC**

---

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document    Page 51 of 149

| | |
|---|---|
| 4.81 | |

**Joe Nader Trust**                              Last 4 digits of account number _____          **$14,000.00**
Nonpriority Creditor's Name
**c/o Walter Z. Smith, Jr.**                      When was the debt incurred?   **2010**
**PO Box 210**
**Calvert, AL 36513-0210**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                  ■ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
■ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**     ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                 **Possible personal liability for debt of**
☐ Yes                                            ■ Other. Specify **Southern Fastener, LLC**

---

| | |
|---|---|
| 4.82 | |

**Kanebridge Corp.**                             Last 4 digits of account number _____          **$78.26**
Nonpriority Creditor's Name
                                                 When was the debt incurred?   **2009**
**153 Bauer Dr**
**Oakland, NJ 07436-3103**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                  ■ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
■ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**     ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                 **Possible personal liability for debt of**
☐ Yes                                            ■ Other. Specify **Southern Fastener, LLC**

---

| | |
|---|---|
| 4.83 | |

**Kennedy Industrial**                           Last 4 digits of account number _____          **$117.00**
Nonpriority Creditor's Name
                                                 When was the debt incurred?   **2010**
**4001 Halls Mill Rd**
**Mobile, AL 36693-5613**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                  ■ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
■ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**     ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                 **Possible personal liabiility for debt of**
☐ Yes                                            ■ Other. Specify **Southern Fastener, LLC**

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document    Page 52 of 149

| 4.84 | **Kentwood Springs** | Last 4 digits of account number _____ | $61.28 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?  **2010**

**PO Box 660579**
**Dallas, TX 75266-0579**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.85 | **Kulkoni, Inc.** | Last 4 digits of account number _____ | $293.99 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?  **2010**

**PO Box 10747**
**Houston, TX 77206-0747**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.86 | **L & M Welding Supply, Inc.** | Last 4 digits of account number _____ | $1,722.34 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?  **2009**

**2789 Macmae Dr**
**Mobile, AL 36606-2623**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document     Page 53 of 149

| 4.87 | **Lowes -VD** | Last 4 digits of account number _____ | $2,946.49 |

Nonpriority Creditor's Name

**PO Box 530970**
**Atlanta, GA 30353-0970**

When was the debt incurred?    **2010**

Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Possible personal liability for debt of**
**Southern Fastener, LLC**

---

| 4.88 | **Meadow Burke Products** | Last 4 digits of account number _____ | $179.43 |

Nonpriority Creditor's Name

**PO Box 404271**
**Atlanta, GA 30384-4271**

When was the debt incurred?    **2010**

Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Possible personal liability for debt of**
**Southern Fastener, LLC**

---

| 4.89 | **Metals Inc. Gulf Coast** | Last 4 digits of account number _____ | $185.00 |

Nonpriority Creditor's Name

**PO Box 951044**
**Dallas, TX 75395-1044**

When was the debt incurred?    **2009**

Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Possible personal liability for debt of**
**Southern Fastener, LLC**

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document      Page 54 of 149

| 4.90 | **Metals USA** | Last 4 digits of account number _____ | $578.20 |

Nonpriority Creditor's Name

**PO Box 2763**
**Mobile, AL 36652-2763**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?     2010

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.91 | **Metric Multistand** | Last 4 digits of account number _____ | $1,817.11 |

Nonpriority Creditor's Name

**120 Old Saw Mill Riv Rd**
**Hawthorne, NY 10532-1515**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?     2010

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.92 | **Mobile Area Chamber of Commerce** | Last 4 digits of account number _____ | $307.50 |

Nonpriority Creditor's Name

**PO Box 2187**
**Mobile, AL 36652-2187**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?     2009

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
                    Document          Page 55 of 149

| 4.93 | **Mosley's Meat Market** |
|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____    **$741.22**

When was the debt incurred?    **2010**

**4678 Airport Blvd**
**Mobile, AL 36608-3124**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.94 | **Motion Industries (Mobile)** |
|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____    **$2,945.73**

When was the debt incurred?    **2009**

**PO Box 404130**
**Atlanta, GA 30384-4130**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.95 | **MSC Industrial Supply Co.** |
|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____    **$1.00**

When was the debt incurred?    **2009**

**75 Maxess Rd**
**Melville, NY 11747-3151**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.96 | **National Threaded Fasteners** | Last 4 digits of account number _____ | $118.46 |

Nonpriority Creditor's Name

**3705 Lane Rd Ext**
**Perry, OH 44081-9549**
Number Street City State Zip Code

When was the debt incurred?    **2010**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.97 | **Nedschroef Corp.** | Last 4 digits of account number _____ | $3,871.00 |

Nonpriority Creditor's Name

**PO Box 11570**
**Spring, TX 77391-1570**
Number Street City State Zip Code

When was the debt incurred?    **2010**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.98 | **Nordan Smith- VD** | Last 4 digits of account number _____ | $3,749.45 |

Nonpriority Creditor's Name

**PO Box 1937**
**Hattiesburg, MS 39403-1937**
Number Street City State Zip Code

When was the debt incurred?    **2009**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document      Page 57 of 149

| 4.99 | **Nova Fasteners** | Last 4 digits of account number _____ | $904.34 |

Nonpriority Creditor's Name

**7500 New Horizons Blvd**
**Amityville, NY 11701-1151**
Number Street City State Zip Code

When was the debt incurred?　**2009**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.100 | **ORS Nasco** | Last 4 digits of account number _____ | $2,916.60 |

Nonpriority Creditor's Name

**PO Box 249**
**Muskogee, OK 74402-0249**
Number Street City State Zip Code

When was the debt incurred?　**2009**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.101 | **Packaging Solutions Group, Inc.** | Last 4 digits of account number _____ | $1,680.04 |

Nonpriority Creditor's Name

**PO Box 563**
**Cantonment, FL 32533-0563**
Number Street City State Zip Code

When was the debt incurred?　**2009**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.10 2 | **Pat's Industrial & Auto Supply, Inc.** | | $505.04 |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____

**201 Whistler St**
**Mobile, AL 36610-2238**

When was the debt incurred?  **2009**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.10 3 | **PHS Industries, Inc.** | | $11,278.35 |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____

**434 Latigue Rd**
**Westwego, LA 70094-2334**

When was the debt incurred?  **2009**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.10 4 | **Pitts Sons, Inc.** | | $156.99 |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____

**1850 Shelton Beach Road Ext**
**Saraland, AL 36571-3902**

When was the debt incurred?  **2010**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

| 4.10<br>5 | **PNC Bank** |
|---|---|

Nonpriority Creditor's Name

**300 5th Ave**
**Pittsburgh, PA 15222-2401**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **$1,398,104.79**

**When was the debt incurred?**     2018

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Judgment on personal guaranty of business debt of Southern Fastener, LLC**

---

| 4.10<br>6 | **Preferred Service Market Fastening** |
|---|---|

Nonpriority Creditor's Name
**#**
**1 Gunnebo Dr**
**Lonoke, AR 72086-2914**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **$127.97**

**When was the debt incurred?**     2009

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.10<br>7 | **Prestige Stamping, Inc** |
|---|---|

Nonpriority Creditor's Name

**PO Box 1777**
**Detroit, MI 48279-1777**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **$708.75**

**When was the debt incurred?**     2008

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.10 8 | **Pride Solutions, LLC** | **Last 4 digits of account number** _____ | $505.55 |

Nonpriority Creditor's Name

**PO Box 128
Hutchinson, MN 55350-0128**

Number Street City State Zip Code

**When was the debt incurred?**    **2009**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.10 9 | **Printing One** | **Last 4 digits of account number** _____ | $660.58 |

Nonpriority Creditor's Name

**740 Hillcrest Rd
Mobile, AL 36695-3924**

Number Street City State Zip Code

**When was the debt incurred?**    **2009**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.11 0 | **R & L Carriers** | **Last 4 digits of account number** _____ | $340.33 |

Nonpriority Creditor's Name

**PO Box 713153
Columbus, OH 43271-3153**

Number Street City State Zip Code

**When was the debt incurred?**    **2009-10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Possible personal liability for debt of Southern Fastener, LLC**

---

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document    Page 61 of 149

| 4.11 1 | **RBC Bank** | **Last 4 digits of account number** _____ | **$670,149.95** |

Nonpriority Creditor's Name

**PO Box 1220**
**Rocky Mount, NC 27802-1220**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  6/2008

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.11 2 | **RBC Bank** | **Last 4 digits of account number** _____ | **$199,374.89** |

Nonpriority Creditor's Name

**PO Box 2857**
**Rocky Mount, NC 27802-2857**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  6/2008

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.11 3 | **RBC Bank** | **Last 4 digits of account number** 3000 | **$319,370.00** |

Nonpriority Creditor's Name

**PO Box 1220**
**Rocky Mount, NC 27802-1220**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  6/2008

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
                         Document      Page 62 of 149

| | | |
|---|---|---|
| 4.11 4 | | |

**RBC Bank Visa**
Nonpriority Creditor's Name

**PO Box 2857**
**Rocky Mount, NC 27802-2857**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **5500**          $29,560.68

**When was the debt incurred?**  **2009-10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

| | | |
|---|---|---|
| 4.11 5 | | |

**RBC Bank Visa**
Nonpriority Creditor's Name

**PO Box 2857**
**Rocky Mount, NC 27802-2857**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          $4,846.97

**When was the debt incurred?**  **2009-10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

| | | |
|---|---|---|
| 4.11 6 | | |

**RBC Bank Visa**
Nonpriority Creditor's Name

**PO Box 2857**
**Rocky Mount, NC 27802-2857**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **9877**          $20,177.03

**When was the debt incurred?**  **2009-10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document      Page 63 of 149

| 4.11 7 | **Regions Bank** | Last 4 digits of account number | **4468** | **$18,506.55** |

Nonpriority Creditor's Name

**PO Box 15710**
**Wilmington, DE 19886-5710**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2009-10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Possible personal liablity for debt of Southern Fastener, LLC**

---

| 4.11 8 | **Reliable Staffing** | Last 4 digits of account number | | **$954.79** |

Nonpriority Creditor's Name

**PO Box 190146**
**Mobile, AL 36619-0146**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2010**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.11 9 | **Rubber Hose & Gasket** | Last 4 digits of account number | | **$20,727.24** |

Nonpriority Creditor's Name

**759 Lakeside Dr**
**Mobile, AL 36693-5113**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2009**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Possible personal liability for debtof Southern Fastener, LLC**

| 4.12 0 | **Safety Shoes Plus** | **Last 4 digits of account number** _____ | **$888.00** |

Nonpriority Creditor's Name

**23 Saraland Blvd S**
**Saraland, AL 36571-2801**

**When was the debt incurred?**  **2009**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Possible Personal Liability for Debt of**
**Southern Fasterner, LLC**

---

| 4.12 1 | **Sears** | **Last 4 digits of account number** _____ | **$54.54** |

Nonpriority Creditor's Name

**951 Saraland Blvd S**
**Saraland, AL 36571-3608**

**When was the debt incurred?**  **2009**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Possible Personal Liability for Debt of**
**Southern Fastner, LLC**

---

| 4.12 2 | **Sherwin-Williams** | **Last 4 digits of account number** _____ | **$1,259.52** |

Nonpriority Creditor's Name

**5560 Rangeline Rd**
**Mobile, AL 36619-9540**

**When was the debt incurred?**  **2009**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Possible Personal Liability for debt of**
**Southern Fastner, LLC**

Case 18-03667     Doc 1     Filed 09/10/18     Entered 09/10/18 16:18:50     Desc Main
Document          Page 65 of 149

| 4.12 3 | **Shipyard Supply, Inc.** | | **Last 4 digits of account number** _____ | $155.92 |

Nonpriority Creditor's Name

**5495 E Rite Rd**
**Theodore, AL 36582-1657**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    2009

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.12 4 | **Siskin Steel & Supply Co.** | | **Last 4 digits of account number** _____ | $3,983.84 |

Nonpriority Creditor's Name

**PO Box 1191**
**Chattanooga, TN 37401-1191**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    2010

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible personal liability for debt of Southern Fastner, LLC**

---

| 4.12 5 | **Solon Manufacturing Co.** | | **Last 4 digits of account number** _____ | $54.60 |

Nonpriority Creditor's Name

**PO Box 207**
**Chardon, OH 44024-0207**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    2010

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.12 6 | **Southern Gas and Supply** | **Last 4 digits of account number** _____ | $18,020.14 |

Nonpriority Creditor's Name

**125 Thruway Park Rd**
**Broussard, LA 70518-3601**
Number Street City State Zip Code

**When was the debt incurred?** **2009-10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.12 7 | **Southwest Alabama Chamber of Commerce** | **Last 4 digits of account number** _____ | $85.00 |

Nonpriority Creditor's Name

**PO Box 44**
**Thomasville, AL 36784-0044**
Number Street City State Zip Code

**When was the debt incurred?** **2008**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.12 8 | **Specialty Steel Supply** | **Last 4 digits of account number** _____ | $375.00 |

Nonpriority Creditor's Name

**3009 Hand Ave**
**Mobile, AL 36612-1759**
Number Street City State Zip Code

**When was the debt incurred?** **2009**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.12 9 | | | |
|---|---|---|---|

**Standard Fastener & Supply**
Nonpriority Creditor's Name

**PO Box 435**
**South Houston, TX 77587-0435**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   $1,496.26

**When was the debt incurred?**   2010

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.13 0 | | | |
|---|---|---|---|

**Staples Business Advantage**
Nonpriority Creditor's Name

**PO Box 530621**
**Atlanta, GA 30353-0621**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   $1,075.83

**When was the debt incurred?**   2009

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.13 1 | | | |
|---|---|---|---|

**Star Sales Baltimore, Inc.**
Nonpriority Creditor's Name

**4701 Trident Ct**
**Baltimore, MD 21227-4617**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   $2,322.02

**When was the debt incurred?**   2009

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

---

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document    Page 68 of 149

| 4.13 2 | **Star Stainless Screw Co.** | **Last 4 digits of account number** _____ | $9,053.98 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 48043**
**Newark, NJ 07101-4843**

Number Street City State Zip Code

**When was the debt incurred?**   **2009**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.13 3 | **Stelfast** | **Last 4 digits of account number** _____ | $2,498.10 |
|---|---|---|---|

Nonpriority Creditor's Name

**229789 Stelfast Pkwy**
**Strongsville, OH 44149**

Number Street City State Zip Code

**When was the debt incurred?**   **2009**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.13 4 | **Stuart C. Irby** | **Last 4 digits of account number** _____ | $54.21 |
|---|---|---|---|

Nonpriority Creditor's Name

**3232 Moffett Rd**
**Mobile, AL 36607-1706**

Number Street City State Zip Code

**When was the debt incurred?**   **2009**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Possible personal liability for debt of Southern Fastener, LLC**

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document        Page 69 of 149

| 4.13 5 | **Sunbelt Bolt & Screw** | Last 4 digits of account number _____ | $202.37 |

Nonpriority Creditor's Name

**PO Box 16088**
**Jackson, MS 39236-6088**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **2009**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.13 6 | **Sunbelt Stud Welding, Inc.** | Last 4 digits of account number _____ | $97.50 |

Nonpriority Creditor's Name

**6381 Windfern Rd**
**Houston, TX 77040-4964**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **2009**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.13 7 | **TCI Tire Center** | Last 4 digits of account number _____ | $1,774.80 |

Nonpriority Creditor's Name

**1155 Telegraph Rd**
**Mobile, AL 36611-2200**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **2009**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.13 8 | **Titan Fastener Products, Inc.** | **Last 4 digits of account number** _____ | $186.70 |

Nonpriority Creditor's Name

**2627 Sidney Lanier Dr**
**Brunswick, GA 31525-6812**

Number Street City State Zip Code

**When was the debt incurred?** ____2009____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.13 9 | **Tool-Smith Company, Inc.** | **Last 4 digits of account number** _____ | $1.00 |

Nonpriority Creditor's Name

**Dept. 3422**
**PO Box 2153**
**Birmingham, AL 35287-0002**

Number Street City State Zip Code

**When was the debt incurred?** ____2009____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.14 0 | **Tooling Concepts** | **Last 4 digits of account number** _____ | $2,635.83 |

Nonpriority Creditor's Name

**PO Box 191034**
**Mobile, AL 36619-1034**

Number Street City State Zip Code

**When was the debt incurred?** ____2009____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

| 4.14 1 | **Tortoise Fastener Company** | **Last 4 digits of account number** | | $283.11 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?**    **2009**

**11475 E 53rd Ave**
**Denver, CO 80239-2333**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.14 2 | **Triangle Aggregates, Inc.** | **Last 4 digits of account number** | | $44,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?**    **2009**

**PO Box 308**
**Jackson, AL 36545-0308**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.14 3 | **Triple H Specialty of Mobile** | **Last 4 digits of account number** | | $1,055.95 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?**    **2009**

**PO Box 2030**
**Andalusia, AL 36420-1234**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Possible personal liability for debt of Southern Fastener, LLC**

---

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document     Page 72 of 149

| 4.14 4 | **U.S. Small Business Administration** | | |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number **8400**      **$953,322.00**

**2120 Riverfront Dr Ste 100**
**Little Rock, AR 72202-1794**

When was the debt incurred? **March 5, 2006**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Personal guaranty liability for Katrina disaster loan to Southern Fastener, LLC**

---

| 4.14 5 | **Uni-Strut of Alabama** | | |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____      **$977.36**

**PO Box 5321**
**Birmingham, AL 35207-0321**

When was the debt incurred? **2009**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.14 6 | **United Parcel Service** | | |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____      **$4,089.23**

**PO Box 7247-0244**
**Philadelphia, PA 19170-0001**

When was the debt incurred? **2009**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document     Page 73 of 149

Debtor 1
Debtor 2 **Chinnis, William Bennett III & Chinnis, Dara Stabler**

Case number (if know) _____

---

| 4.14 7 | **UPS Freight** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 533238**
**Atlanta, GA 30353-3238**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____  **$2,746.66**

**When was the debt incurred?** **2009-10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.14 8 | **Vertex Distribution** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**NW 5943**
**PO Box 1450**
**Minneapolis, MN 55485-1450**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____  **$6,117.30**

**When was the debt incurred?** **2009**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.14 9 | **Vulcan Threaded Rod Company** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 509**
**Pelham, AL 35124-0509**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____  **$3,508.43**

**When was the debt incurred?** **2010**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 52 of 57

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document      Page 74 of 149

| 4.15 0 | **Wade Office** | **Last 4 digits of account number** _____ | **$77.27** |

Nonpriority Creditor's Name

**PO Box 16244**
**Mobile, AL 36616-0244**

**When was the debt incurred?**  2010

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.15 1 | **Wesco Gas & Welding Supply, Inc.** | **Last 4 digits of account number** _____ | **$629.00** |

Nonpriority Creditor's Name

**PO Box 10546**
**Mobile, AL 36610-0546**

**When was the debt incurred?**  2009-10

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.15 2 | **Wigman's Hardware & Building Supply** | **Last 4 digits of account number** _____ | **$137.23** |

Nonpriority Creditor's Name

**1623 Dauphin Island Pkwy**
**Mobile, AL 36605-3053**

**When was the debt incurred?**  2009

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

Case 18-03667   Doc 1   Filed 09/10/18   Entered 09/10/18 16:18:50   Desc Main
Document   Page 75 of 149

| 4.15 3 | | |
|---|---|---|

**William B. Chinnis, Jr.**
Nonpriority Creditor's Name

_____
Number Street City State Zip Code

Last 4 digits of account number _____        $30,500.00

When was the debt incurred?  **2010**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible contribution claim by co-guarantor for debt of Southern Fastener, LLC**

---

| 4.15 4 | | |
|---|---|---|

**Wilson Anchor Bolt Sleeve, LLC**
Nonpriority Creditor's Name

**1908 Oak Berry Cir**
**Wellington, FL 33414-6114**
Number Street City State Zip Code

Last 4 digits of account number _____        $252.36

When was the debt incurred?  **20009-10**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible liability for debt of Southern Fastener, LLC**

---

| 4.15 5 | | |
|---|---|---|

**Wilson-Dismukes, Inc.**
Nonpriority Creditor's Name

**2646 Government Blvd**
**Mobile, AL 36606-2602**
Number Street City State Zip Code

Last 4 digits of account number _____        $78.64

When was the debt incurred?  **2009**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible personal liability for debt of Southern Fastener, LLC**

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| 4.15 6 | | | |
|---|---|---|---|

**Worldwide Construction Products**
Nonpriority Creditor's Name

**PO Box 410732**
**Charlotte, NC 28241-0732**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____         **$5,148.48**

**When was the debt incurred?**   2008-09

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.15 7 | | | |
|---|---|---|---|

**XL Screw**
Nonpriority Creditor's Name

**7995 Third Flag Pkwy**
**Austell, GA 30168-7664**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____         **$3,283.85**

**When was the debt incurred?**   2009

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

| 4.15 8 | | | |
|---|---|---|---|

**Yellow Woods**
Nonpriority Creditor's Name

**PO Box 48046**
**Newark, NJ 07101-4846**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____         **$946.27**

**When was the debt incurred?**   2009

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible personal liability for debt of Southern Fastener, LLC**

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document    Page 77 of 149

| 4.15 9 | **Zep** | Last 4 digits of account number | | $2,569.69 |

Nonpriority Creditor's Name

**PO Box 404628**
**Atlanta, GA 30384-4628**

**When was the debt incurred?**   2009-10

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Possible liability for debt of Southern Fastener, LLC**

---

**Part 3:**  **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Bank of New York Mellon**
**c/o Goodman G. Ledyard Pierce**
**Ledyard, P**
**PO Box 161389**
**Mobile, AL 36616-2389**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.19** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**PNC Bank, N.A.**
**c/o Alan C. Christian Johnstone**
**Adams, L**
**PO Box 1988**
**Mobile, AL 36633-1988**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.105** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Small Business Administratio**
**801 Tom Martin Dr Ste 120**
**Birmingham, AL 35211-6424**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.144** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **8400**

---

Name and Address
**Specialized Loan Servicing, LLC**
**PO Box 636005**
**Littleton, CO 80163-6005**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.38** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **2089**

---

**Part 4:**  **Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $ | 0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ | 114,963.41 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ | 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
                         Document        Page 78 of 149

| | | | | |
|---|---|---|---|---|
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 114,963.41 |

**Total claims from Part 2**

| | | | | Total Claim |
|---|---|---|---|---|
| 6f. | **Student loans** | 6f. | $ | 0.00 |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 4,720,294.79 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 4,720,294.79 |

| | |
|---|---|
| Debtor 1 | **William Bennett Chinnis, III** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Dara Stabler Chinnis** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **Roberts Brothers, Inc.**<br>     **3601 Springhill Business Park**<br>     **Mobile, AL 36608-1256** | **Residential lease of 5762 Mal Drive, Mobile, AL 36693**<br>**(term expires March 31, 2019)** |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| | |
|---|---|
| Debtor 1 | **William Bennett Chinnis, III** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Dara Stabler Chinnis** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                        12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1  **Meat Boss, LLC**<br>**401 Cottage Hill Rd**<br>**Mobile, AL 36609** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**2.1**___<br>☐ Schedule G _____<br>**City of Mobile, AL Revenue Department** |
| 3.2  **Meat Boss, LLC**<br>**401 Cottage Hill Rd**<br>**Mobile, AL 36609** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**2.2**___<br>☐ Schedule G _____<br>**Mobile County Revenue Commissioner** |
| 3.3  **Meat Boss, LLC**<br>**401 Cottage Hill Rd**<br>**Mobile, AL 36609** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**2.3**___<br>☐ Schedule G _____<br>**State of AL Dept of Revenue** |

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document    Page 81 of 149

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G _____<br>**AAA Cooper Transportation** |
| 3.5 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**Aaron Oil Company, Inc. VD** |
| 3.6 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>**Ace Hardware & Construction Supply** |
| 3.7 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.4__<br>☐ Schedule G _____<br>**Advanced Disposal Services** |
| 3.8 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.5__<br>☐ Schedule G _____<br>**Alabama Express** |
| 3.9 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.6__<br>☐ Schedule G _____<br>**Alafab, Inc.** |
| 3.10 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**All Plastics & Fiberglass, Inc.** |
| 3.11 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.8__<br>☐ Schedule G _____<br>**All-Tech Machining** |

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12  **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.9**___<br>☐ Schedule G _____<br>**Allen-Southern Electric Motor Service** |
| 3.13  **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.10**___<br>☐ Schedule G _____<br>**Alloy & Stainless Fastener** |
| 3.14  **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.11**___<br>☐ Schedule G _____<br>**Alloy & Stainless Fastener** |
| 3.15  **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.12**___<br>☐ Schedule G _____<br>**Ameribolt_1** |
| 3.16  **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.13**___<br>☐ Schedule G _____<br>**Androck Hardware Corp.** |
| 3.17  **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.14**___<br>☐ Schedule G _____<br>**Arc Controls, Inc.** |
| 3.18  **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.15**___<br>☐ Schedule G _____<br>**Associated Builders & Contractors** |
| 3.19  **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.16**___<br>☐ Schedule G _____<br>**Atlas Bolt & Screw Corp.** |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.20 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.17__<br>☐ Schedule G _____<br>**Automatic Processing, Inc.** |
| 3.21 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.18__<br>☐ Schedule G _____<br>**B & G Manufacturing** |
| 3.22 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.19__<br>☐ Schedule G _____<br>**Bank of New York Mellon** |
| 3.23 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.20__<br>☐ Schedule G _____<br>**Barron Company, LLC** |
| 3.24 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.21__<br>☐ Schedule G _____<br>**Bay Paper Company** |
| 3.25 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.22__<br>☐ Schedule G _____<br>**Bay Steel** |
| 3.26 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.23__<br>☐ Schedule G _____<br>**Bayou Fasteners** |
| 3.27 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.24__<br>☐ Schedule G _____<br>**Bayside Rubber & Products, Inc.** |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.28    **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.25**__<br>☐ Schedule G _____<br>**Binder Metal Products** |
| 3.29    **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.26**__<br>☐ Schedule G _____<br>**Block USA** |
| 3.30    **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.27**__<br>☐ Schedule G _____<br>**Brighton-Best Socket Screw Mfg., Inc.** |
| 3.31    **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.28**__<br>☐ Schedule G _____<br>**Brikksen, Inc.** |
| 3.32    **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.29**__<br>☐ Schedule G _____<br>**Brookview Bolt** |
| 3.33    **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.30**__<br>☐ Schedule G _____<br>**Business & Professional** |
| 3.34    **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.31**__<br>☐ Schedule G _____<br>**C.N. Fastener Mfg. Company** |
| 3.35    **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.32**__<br>☐ Schedule G _____<br>**Cam2 Industrial Oil & Supply, Inc.** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.36   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.33**___<br>☐ Schedule G _____<br>**Cardinal Fastener** |
| 3.37   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.34**___<br>☐ Schedule G _____<br>**CCI Pipeline Systems, Inc.** |
| 3.38   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.35**___<br>☐ Schedule G _____<br>**Cintas #211** |
| 3.39   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**2.1**___<br>☐ Schedule G _____<br>**City of Mobile, AL Revenue Department** |
| 3.40   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.36**___<br>☐ Schedule G _____<br>**CityBizUSA** |
| 3.41   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.37**___<br>☐ Schedule G _____<br>**Coastal Imprints** |
| 3.42   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.38**___<br>☐ Schedule G _____<br>**Countrywide Home Loans, Inc.** |
| 3.43   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.39**___<br>☐ Schedule G _____<br>**CPU2, LLC** |

| ▇ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.44    **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.40**____<br>☐ Schedule G _____<br>**Dan-Loc Bolt & Gasket, Inc.** |
| 3.45    **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.41**____<br>☐ Schedule G _____<br>**Darling Bolt Company** |
| 3.46    **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.42**____<br>☐ Schedule G _____<br>**Davison Oil Company** |
| 3.47    **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.43**____<br>☐ Schedule G _____<br>**Deltacom** |
| 3.48    **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.44**____<br>☐ Schedule G _____<br>**Dewalt Service Center** |
| 3.49    **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.45**____<br>☐ Schedule G _____<br>**Diversified Industrial Supply, LLC** |
| 3.50    **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.46**____<br>☐ Schedule G _____<br>**Drillco, Inc.** |
| 3.51    **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.47**____<br>☐ Schedule G _____<br>**DSC, LLC** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.52   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.48**___<br>☐ Schedule G _____<br>**Durham Manufacturing Co.** |
| 3.53   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.49**___<br>☐ Schedule G _____<br>**Dyson Corporation** |
| 3.54   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.50**___<br>☐ Schedule G _____<br>**Evans & Company, Inc.** |
| 3.55   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.51**___<br>☐ Schedule G _____<br>**Fed Ex** |
| 3.56   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.52**___<br>☐ Schedule G _____<br>**FedEX Fast Freight** |
| 3.57   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.53**___<br>☐ Schedule G _____<br>**Ferrell Gas** |
| 3.58   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.54**___<br>☐ Schedule G _____<br>**Ford Motor Credit** |
| 3.59   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.55**___<br>☐ Schedule G _____<br>**Ford Motor Credit** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.60   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.56**<br>☐ Schedule G _____<br>**Ford Motor Credit** |
| 3.61   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.57**<br>☐ Schedule G _____<br>**Ford Motor Credit** |
| 3.62   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.58**<br>☐ Schedule G _____<br>**Ford Motor Credit** |
| 3.63   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.59**<br>☐ Schedule G _____<br>**Ford Motor Credit** |
| 3.64   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.60**<br>☐ Schedule G _____<br>**Forest City Bolt** |
| 3.65   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.61**<br>☐ Schedule G _____<br>**Frischkorn, Inc.** |
| 3.66   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.62**<br>☐ Schedule G _____<br>**Frischkorn, Inc. #2047** |
| 3.67   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.63**<br>☐ Schedule G _____<br>**G.L. Huyett** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.68   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.64**__<br>☐ Schedule G _____<br>**Gomien Security** |
| 3.69   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.65**__<br>☐ Schedule G _____<br>**Great Plains Industries, Inc.** |
| 3.70   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.66**__<br>☐ Schedule G _____<br>**Gulf State Hangers & Supports** |
| 3.71   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.67**__<br>☐ Schedule G _____<br>**Gulf States Saw & Machine Co., Inc.** |
| 3.72   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.68**__<br>☐ Schedule G _____<br>**Gulf Supply, Inc.** |
| 3.73   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.69**__<br>☐ Schedule G _____<br>**Heads & Threads International, LLC** |
| 3.74   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.70**__<br>☐ Schedule G _____<br>**Highland Threads, Inc.** |
| 3.75   **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.71**__<br>☐ Schedule G _____<br>**Hiller Systems, Inc.** |

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.76  **Southern Fastener, LLC**
**5401 Cottage Hill Rd**
**Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.72**__
☐ Schedule G _____
**Hilti, Inc.**

---

3.77  **Southern Fastener, LLC**
**5401 Cottage Hill Rd**
**Mobile, AL 36609-4203**

☐ Schedule D, line _____
▮ Schedule E/F, line __**4.73**__
☐ Schedule G _____
**Ideal Supply, Inc.**

---

3.78  **Southern Fastener, LLC**
**5401 Cottage Hill Rd**
**Mobile, AL 36609-4203**

☐ Schedule D, line _____
▮ Schedule E/F, line __**4.74**__
☐ Schedule G _____
**Industrial Fort Lift & Truck Repair**

---

3.79  **Southern Fastener, LLC**
**5401 Cottage Hill Rd**
**Mobile, AL 36609-4203**

☐ Schedule D, line _____
▮ Schedule E/F, line __**4.75**__
☐ Schedule G _____
**Industrial Medical Clinic**

---

3.80  **Southern Fastener, LLC**
**5401 Cottage Hill Rd**
**Mobile, AL 36609-4203**

☐ Schedule D, line _____
▮ Schedule E/F, line __**4.76**__
☐ Schedule G _____
**Industrial Metal Finish**

---

3.81  **Southern Fastener, LLC**
**5401 Cottage Hill Rd**
**Mobile, AL 36609-4203**

☐ Schedule D, line _____
▮ Schedule E/F, line __**4.77**__
☐ Schedule G _____
**International Assurance, Inc.**

---

3.82  **Southern Fastener, LLC**
**5401 Cottage Hill Rd**
**Mobile, AL 36609-4203**

☐ Schedule D, line _____
▮ Schedule E/F, line __**4.78**__
☐ Schedule G _____
**Interstate Threaded Products**

---

3.83  **Southern Fastener, LLC**
**5401 Cottage Hill Rd**
**Mobile, AL 36609-4203**

☐ Schedule D, line _____
▮ Schedule E/F, line __**4.79**__
☐ Schedule G _____
**Itcentric, LLC**

---

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document    Page 91 of 149

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.84 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.80**___<br>☐ Schedule G _____<br>**Jackson County Chamber of Commerce** |
| 3.85 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.81**___<br>☐ Schedule G _____<br>**Joe Nader Trust** |
| 3.86 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.82**___<br>☐ Schedule G _____<br>**Kanebridge Corp.** |
| 3.87 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.83**___<br>☐ Schedule G _____<br>**Kennedy Industrial** |
| 3.88 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.84**___<br>☐ Schedule G _____<br>**Kentwood Springs** |
| 3.89 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.85**___<br>☐ Schedule G _____<br>**Kulkoni, Inc.** |
| 3.90 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.86**___<br>☐ Schedule G _____<br>**L & M Welding Supply, Inc.** |
| 3.91 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.87**___<br>☐ Schedule G _____<br>**Lowes -VD** |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.92    **Southern Fastener, LLC**
**5401 Cottage Hill Rd**
**Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.88**__
☐ Schedule G _____
**Meadow Burke Products**

3.93    **Southern Fastener, LLC**
**5401 Cottage Hill Rd**
**Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.89**__
☐ Schedule G _____
**Metals Inc. Gulf Coast**

3.94    **Southern Fastener, LLC**
**5401 Cottage Hill Rd**
**Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.90**__
☐ Schedule G _____
**Metals USA**

3.95    **Southern Fastener, LLC**
**5401 Cottage Hill Rd**
**Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.91**__
☐ Schedule G _____
**Metric Multistand**

3.96    **Southern Fastener, LLC**
**5401 Cottage Hill Rd**
**Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.92**__
☐ Schedule G _____
**Mobile Area Chamber of Commerce**

3.97    **Southern Fastener, LLC**
**5401 Cottage Hill Rd**
**Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line __**2.2**__
☐ Schedule G _____
**Mobile County Revenue Commissioner**

3.98    **Southern Fastener, LLC**
**5401 Cottage Hill Rd**
**Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.93**__
☐ Schedule G _____
**Mosley's Meat Market**

3.99    **Southern Fastener, LLC**
**5401 Cottage Hill Rd**
**Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.94**__
☐ Schedule G _____
**Motion Industries (Mobile)**

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.10 0 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.95__<br>☐ Schedule G _____<br>**MSC Industrial Supply Co.** |
| 3.10 1 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.96__<br>☐ Schedule G _____<br>**National Threaded Fasteners** |
| 3.10 2 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.97__<br>☐ Schedule G _____<br>**Nedschroef Corp.** |
| 3.10 3 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.98__<br>☐ Schedule G _____<br>**Nordan Smith- VD** |
| 3.10 4 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.99__<br>☐ Schedule G _____<br>**Nova Fasteners** |
| 3.10 5 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.100__<br>☐ Schedule G _____<br>**ORS Nasco** |
| 3.10 6 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.101__<br>☐ Schedule G _____<br>**Packaging Solutions Group, Inc.** |
| 3.10 7 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.102__<br>☐ Schedule G _____<br>**Pat's Industrial & Auto Supply, Inc.** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.10<br>8   **Southern Fastener, LLC<br>5401 Cottage Hill Rd<br>Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.103**
☐ Schedule G _____
**PHS Industries, Inc.**

---

3.10<br>9   **Southern Fastener, LLC<br>5401 Cottage Hill Rd<br>Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.104**
☐ Schedule G _____
**Pitts Sons, Inc.**

---

3.11<br>0   **Southern Fastener, LLC<br>5401 Cottage Hill Rd<br>Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.105**
☐ Schedule G _____
**PNC Bank**

---

3.11<br>1   **Southern Fastener, LLC<br>5401 Cottage Hill Rd<br>Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.106**
☐ Schedule G _____
**Preferred Service Market Fastening**

---

3.11<br>2   **Southern Fastener, LLC<br>5401 Cottage Hill Rd<br>Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.107**
☐ Schedule G _____
**Prestige Stamping, Inc**

---

3.11<br>3   **Southern Fastener, LLC<br>5401 Cottage Hill Rd<br>Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.108**
☐ Schedule G _____
**Pride Solutions, LLC**

---

3.11<br>4   **Southern Fastener, LLC<br>5401 Cottage Hill Rd<br>Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.109**
☐ Schedule G _____
**Printing One**

---

3.11<br>5   **Southern Fastener, LLC<br>5401 Cottage Hill Rd<br>Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.110**
☐ Schedule G _____
**R & L Carriers**

---

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.116 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.111**<br>☐ Schedule G _____<br>**RBC Bank** |
| 3.117 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.112**<br>☐ Schedule G _____<br>**RBC Bank** |
| 3.118 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.113**<br>☐ Schedule G _____<br>**RBC Bank** |
| 3.119 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.114**<br>☐ Schedule G _____<br>**RBC Bank Visa** |
| 3.120 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.115**<br>☐ Schedule G _____<br>**RBC Bank Visa** |
| 3.121 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.116**<br>☐ Schedule G _____<br>**RBC Bank Visa** |
| 3.122 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.117**<br>☐ Schedule G _____<br>**Regions Bank** |
| 3.123 **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.118**<br>☐ Schedule G _____<br>**Reliable Staffing** |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.124 **Southern Fastener, LLC** 5401 Cottage Hill Rd Mobile, AL 36609-4203 | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.119**__ ☐ Schedule G _____ **Rubber Hose & Gasket** |
| 3.125 **Southern Fastener, LLC** 5401 Cottage Hill Rd Mobile, AL 36609-4203 | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.120**__ ☐ Schedule G _____ **Safety Shoes Plus** |
| 3.126 **Southern Fastener, LLC** 5401 Cottage Hill Rd Mobile, AL 36609-4203 | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.121**__ ☐ Schedule G _____ **Sears** |
| 3.127 **Southern Fastener, LLC** 5401 Cottage Hill Rd Mobile, AL 36609-4203 | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.122**__ ☐ Schedule G _____ **Sherwin-Williams** |
| 3.128 **Southern Fastener, LLC** 5401 Cottage Hill Rd Mobile, AL 36609-4203 | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.123**__ ☐ Schedule G _____ **Shipyard Supply, Inc.** |
| 3.129 **Southern Fastener, LLC** 5401 Cottage Hill Rd Mobile, AL 36609-4203 | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.124**__ ☐ Schedule G _____ **Siskin Steel & Supply Co.** |
| 3.130 **Southern Fastener, LLC** 5401 Cottage Hill Rd Mobile, AL 36609-4203 | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.125**__ ☐ Schedule G _____ **Solon Manufacturing Co.** |
| 3.131 **Southern Fastener, LLC** 5401 Cottage Hill Rd Mobile, AL 36609-4203 | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.126**__ ☐ Schedule G _____ **Southern Gas and Supply** |

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document    Page 97 of 149

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.13<br>2 | **Southern Fastener, LLC**<br>**5401 Cottage Hill Rd**<br>**Mobile, AL 36609-4203** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.127**__<br>☐ Schedule G _____<br>**Southwest Alabama Chamber of Commerce** |

3.13
2   **Southern Fastener, LLC**
    **5401 Cottage Hill Rd**
    **Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.127**__
☐ Schedule G _____
**Southwest Alabama Chamber of Commerce**

3.13
3   **Southern Fastener, LLC**
    **5401 Cottage Hill Rd**
    **Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.128**__
☐ Schedule G _____
**Specialty Steel Supply**

3.13
4   **Southern Fastener, LLC**
    **5401 Cottage Hill Rd**
    **Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.129**__
☐ Schedule G _____
**Standard Fastener & Supply**

3.13
5   **Southern Fastener, LLC**
    **5401 Cottage Hill Rd**
    **Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.130**__
☐ Schedule G _____
**Staples Business Advantage**

3.13
6   **Southern Fastener, LLC**
    **5401 Cottage Hill Rd**
    **Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.131**__
☐ Schedule G _____
**Star Sales Baltimore, Inc.**

3.13
7   **Southern Fastener, LLC**
    **5401 Cottage Hill Rd**
    **Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.132**__
☐ Schedule G _____
**Star Stainless Screw Co.**

3.13
8   **Southern Fastener, LLC**
    **5401 Cottage Hill Rd**
    **Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line __**2.3**__
☐ Schedule G _____
**State of AL Dept of Revenue**

3.13
9   **Southern Fastener, LLC**
    **5401 Cottage Hill Rd**
    **Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.133**__
☐ Schedule G _____
**Stelfast**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.140 **Southern Fastener, LLC** 5401 Cottage Hill Rd Mobile, AL 36609-4203 | ☐ Schedule D, line _____ ☑ Schedule E/F, line ___4.134___ ☐ Schedule G _____ **Stuart C. Irby** |
| 3.141 **Southern Fastener, LLC** 5401 Cottage Hill Rd Mobile, AL 36609-4203 | ☐ Schedule D, line _____ ☑ Schedule E/F, line ___4.135___ ☐ Schedule G _____ **Sunbelt Bolt & Screw** |
| 3.142 **Southern Fastener, LLC** 5401 Cottage Hill Rd Mobile, AL 36609-4203 | ☐ Schedule D, line _____ ☑ Schedule E/F, line ___4.136___ ☐ Schedule G _____ **Sunbelt Stud Welding, Inc.** |
| 3.143 **Southern Fastener, LLC** 5401 Cottage Hill Rd Mobile, AL 36609-4203 | ☐ Schedule D, line _____ ☑ Schedule E/F, line ___4.137___ ☐ Schedule G _____ **TCI Tire Center** |
| 3.144 **Southern Fastener, LLC** 5401 Cottage Hill Rd Mobile, AL 36609-4203 | ☐ Schedule D, line _____ ☑ Schedule E/F, line ___4.138___ ☐ Schedule G _____ **Titan Fastener Products, Inc.** |
| 3.145 **Southern Fastener, LLC** 5401 Cottage Hill Rd Mobile, AL 36609-4203 | ☐ Schedule D, line _____ ☑ Schedule E/F, line ___4.139___ ☐ Schedule G _____ **Tool-Smith Company, Inc.** |
| 3.146 **Southern Fastener, LLC** 5401 Cottage Hill Rd Mobile, AL 36609-4203 | ☐ Schedule D, line _____ ☑ Schedule E/F, line ___4.140___ ☐ Schedule G _____ **Tooling Concepts** |
| 3.147 **Southern Fastener, LLC** 5401 Cottage Hill Rd Mobile, AL 36609-4203 | ☐ Schedule D, line _____ ☑ Schedule E/F, line ___4.141___ ☐ Schedule G _____ **Tortoise Fastener Company** |

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.148 **Southern Fastener, LLC**<br>5401 Cottage Hill Rd<br>Mobile, AL 36609-4203 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.142__<br>☐ Schedule G _____<br>**Triangle Aggregates, Inc.** |
| 3.149 **Southern Fastener, LLC**<br>5401 Cottage Hill Rd<br>Mobile, AL 36609-4203 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.143__<br>☐ Schedule G _____<br>**Triple H Specialty of Mobile** |
| 3.150 **Southern Fastener, LLC**<br>5401 Cottage Hill Rd<br>Mobile, AL 36609-4203 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.144__<br>☐ Schedule G _____<br>**U.S. Small Business Administration** |
| 3.151 **Southern Fastener, LLC**<br>5401 Cottage Hill Rd<br>Mobile, AL 36609-4203 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.145__<br>☐ Schedule G _____<br>**Uni-Strut of Alabama** |
| 3.152 **Southern Fastener, LLC**<br>5401 Cottage Hill Rd<br>Mobile, AL 36609-4203 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.146__<br>☐ Schedule G _____<br>**United Parcel Service** |
| 3.153 **Southern Fastener, LLC**<br>5401 Cottage Hill Rd<br>Mobile, AL 36609-4203 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.147__<br>☐ Schedule G _____<br>**UPS Freight** |
| 3.154 **Southern Fastener, LLC**<br>5401 Cottage Hill Rd<br>Mobile, AL 36609-4203 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.148__<br>☐ Schedule G _____<br>**Vertex Distribution** |
| 3.155 **Southern Fastener, LLC**<br>5401 Cottage Hill Rd<br>Mobile, AL 36609-4203 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.149__<br>☐ Schedule G _____<br>**Vulcan Threaded Rod Company** |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.15
6
**Southern Fastener, LLC**
**5401 Cottage Hill Rd**
**Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.150**___
☐ Schedule G _____
**Wade Office**

---

3.15
7
**Southern Fastener, LLC**
**5401 Cottage Hill Rd**
**Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.151**___
☐ Schedule G _____
**Wesco Gas & Welding Supply, Inc.**

---

3.15
8
**Southern Fastener, LLC**
**5401 Cottage Hill Rd**
**Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.152**___
☐ Schedule G _____
**Wigman's Hardware & Building Supply**

---

3.15
9
**Southern Fastener, LLC**
**5401 Cottage Hill Rd**
**Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.153**___
☐ Schedule G _____
**William B. Chinnis, Jr.**

---

3.16
0
**Southern Fastener, LLC**
**5401 Cottage Hill Rd**
**Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.154**___
☐ Schedule G _____
**Wilson Anchor Bolt Sleeve, LLC**

---

3.16
1
**Southern Fastener, LLC**
**5401 Cottage Hill Rd**
**Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.155**___
☐ Schedule G _____
**Wilson-Dismukes, Inc.**

---

3.16
2
**Southern Fastener, LLC**
**5401 Cottage Hill Rd**
**Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.156**___
☐ Schedule G _____
**Worldwide Construction Products**

---

3.16
3
**Southern Fastener, LLC**
**5401 Cottage Hill Rd**
**Mobile, AL 36609-4203**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.157**___
☐ Schedule G _____
**XL Screw**

---

| | Additional Page to List More Codebtors | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
| 3.16 4 | **Southern Fastener, LLC** **5401 Cottage Hill Rd** **Mobile, AL 36609-4203** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.158**__ ☐ Schedule G _____ **Yellow Woods** |
| 3.16 5 | **Southern Fastener, LLC** **5401 Cottage Hill Rd** **Mobile, AL 36609-4203** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.159**__ ☐ Schedule G _____ **Zep** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **William Bennett Chinnis, III** |
| Debtor 2 (Spouse, if filing) | **Dara Stabler Chinnis** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION |
| Case number (if known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | **Manager/Owner** | **Human Resources Manager** |
| Employer's name | | **Meat Boss, LLC** | **Meat Boss, LLC** |
| Employer's address | | **401 Cottage Hill Rd**<br>**Mobile, AL 36609** | **401 Cottage Hill Rd**<br>**Mobile, AL 36609** |
| How long employed there? | | **1 years and 2 months** | **1 years and 2 months** |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 1,649.00 | $ 433.33 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 1,649.00 | $ 433.33 |

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document       Page 103 of 149

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 1,649.00 | $ 433.33 |
| **5.** | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 126.15 | $ 33.15 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| | 5h. **Other deductions. Specify:** | 5h.+ | $ 0.00 + | $ 0.00 |
| **6.** | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 126.15 | $ 33.15 |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 1,522.85 | $ 400.18 |
| **8.** | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| | 8f. **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: | 8f. | $ 0.00 | $ 0.00 |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| | 8h. **Other monthly income. Specify:** | 8h.+ | $ 0.00 + | $ 0.00 |
| **9.** | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 0.00 |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. <br> Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,522.85 + $ 400.18 = | $ 1,923.03 |
| **11.** | **State all other regular contributions to the expenses that you list in** *Schedule J.* <br> Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. <br> Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.* <br> Specify: | 11. | +$ 0.00 | |
| **12.** | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. <br> Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies | 12. | $ 1,923.03 | |
| | | | **Combined monthly income** | |

**13.** **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain:

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **William Bennett Chinnis, III** | |
| Debtor 2 (Spouse, if filing) | **Dara Stabler Chinnis** | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION | |
| Case number (If known) | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

   　■ No

   　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**　■ No

   Do not list Debtor 1 and Debtor 2.　☐ Yes.

   Do not state the dependents names.

   Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**　■ No　☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 1,375.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 335.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 65.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 708.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 400.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 50.00 |
| 10. | **Personal care products and services** | | 10. $ | 50.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 75.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 100.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 100.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 39.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** Schedule I, Your Income **(Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** Schedule I: Your Income. | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 3,297.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 3,297.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 (your combined monthly income) from Schedule I. | | 23a. $ | 1,923.03 |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | 3,297.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. | | 23c. $ | -1,373.97 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

- ■ No.
- ☐ Yes.  Explain here: _____

| Fill in this information to identify your case: |

**Debtor 1**    **William Bennrett Chinnis, III**
First Name      Middle Name      Last Name

**Debtor 2**    **Dara Stabler Chinnis**
(Spouse if, filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules     12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| Sign Below |

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ William Bennett Chinnis, III**        X **/s/ Dara Stabler Chinnis**
    **William Bennett Chinnis, III**             **Dara Stabler Chinnis**
    Signature of Debtor 1                    Signature of Debtor 2

    Date   **September 10, 2018**          Date   **September 10, 2018**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **William Bennett Chinnis, III**<br>First Name      Middle Name      Last Name |
| Debtor 2<br>(Spouse if, filing) | **Dara Stabler Chinnis**<br>First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION |
| Case number<br>(if known) | |

☐ Check if this is an amended filing

# Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/16

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
   |---|---|---|---|
   | | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

   | | Debtor 1 | | Debtor 2 | |
   |---|---|---|---|---|
   | | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
   | **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $13,192.38 | ■ Wages, commissions, bonuses, tips | $3,466.66 |
   | | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2017 )** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $5,700.00 |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2016 )** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $5,100.00 |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ■ No
    ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■  No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

    ■  No.    Go to line 7.
    ☐  Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐  Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐  No.    Go to line 7.
    ☐  Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■  No
    ☐  Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document    Page 109 of 149

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ☒ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
| --- | --- | --- | --- | --- |

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
| --- | --- |

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ☒ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
| --- | --- | --- | --- |
| **PNC Bank, N.A. v. Southern Fastener, LLC, William B. Chinnis, Jr. and William B. Chinnis, III 02-CV-2014-902877** | **Suit on personal guaranty of business debt of Southern Fastener, LLC** | **Circuit Court of Mobile County, AL 205 Government St Mobile, AL 36602-0001** | ☐ Pending ☐ On appeal ☒ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ☒ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
| --- | --- | --- | --- |
| **PNC Bank, N.A 300 5th Ave Pittsburgh, PA 15222-2401** | **Financial Interest in Meat Boss, LLC subject to charging order.** ☐ Property was repossessed. ☐ Property was foreclosed. ☐ Property was garnished. ☐ Property was attached, seized or levied. | 08/20/18 | $1.00 |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☒ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☒ No
    ☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

| Part 6: | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Silver, Voit & Thompson**<br>**4317-A Midmost Dr.**<br>**Mobile, AL 36609** | **$3,000 attorney's fee and $335 filing fee** | **March 22, 2018** | **$3,335.00** |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document    Page 111 of 149

gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Person's relationship to you** | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

<span style="background:black;color:white">**Part 8:**</span>    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **BBVA Compass**<br>**2290 Hillcrest Rd**<br>**Mobile, AL 36695-3808** | **XXXX-0407** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed in April 2017** | $0.41 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

<span style="background:black;color:white">**Part 9:**</span>    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
■ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document    Page 112 of 149

| Owner's Name **Address** (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| Peggy R. Stabler | BBVA Compass | Checking Account | $500.00 |
| Peggy R. Stabler | BBVA Compass | Checking Account | $500.00 |

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* **means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.**
- *Site* **means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.**
- *Hazardous material* **means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.**

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of site **Address** (Number, Street, City, State and ZIP Code) | Governmental unit **Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of site **Address** (Number, Street, City, State and ZIP Code) | Governmental unit **Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Case Title Case Number | Court or agency Name **Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ☐ A partner in a partnership

   ☐ An officer, director, or managing executive of a corporation

   ☐ An owner of at least 5% of the voting or equity securities of a corporation

☐   **No. None of the above applies. Go to Part 12.**

■   **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Southern Fastener, LLC**<br>**800 Downtowner Blvd Ste 105**<br>**Mobile, AL 36609-5416** | **Business ceased operating in 2014 but has not yet been dissolved**<br><br>**Alison Richardson** | EIN:    **20-0547908**<br><br>From-To |
| **DSC, LLC**<br>**1641 Conception Street Rd**<br>**Mobile, AL 36610-4751** | **Ownership of real property**<br><br>**Alison Richardson** | EIN:    **20-0642711**<br><br>From-To |
| **Meat Boss, LLC**<br>**401 Cottage Hill Rd**<br>**Mobile, AL 36609** | **Operating Restaurant**<br><br>**Alison Richardson** | EIN:    **45-5488003**<br><br>From-To  **06/15/2012 - present** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■   **No**
☐   **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| **/s/ William Bennett Chinnis, III** | **/s/ Dara Stabler Chinnis** |
|---|---|
| **William Bennett Chinnis, III**<br>**Signature of Debtor 1** | **Dara Stabler Chinnis**<br>**Signature of Debtor 2** |

Date    **September 10, 2018**          Date    **September 10, 2018**

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document      Page 114 of 149

| Fill in this information to identify your case: |

| Debtor 1 | **William Bennett Chinnis, III** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Dara Stabler Chinnis** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7     12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>☐ Yes |
| Creditor's | ☐ Surrender the property. | ☐ No |

Official Form 108      **Statement of Intention for Individuals Filing Under Chapter 7**      page 1

name:                                          ☐ Retain the property and redeem it.                          ☐ Yes

Description of                                  ☐ Retain the property and enter into a *Reaffirmation*
property                                           *Agreement.*
securing debt:                                 ☐ Retain the property and [explain]:

---

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Lessor's name:          **Roberts Brothers, Inc.**                                      ☐ No

                                                                                       ■ Yes

Description of leased          **Residential lease of 5762 Mal Drive, Mobile, AL 36693 (term expires**
Property:                      **March 31, 2019)**

---

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

**X  /s/ William Bennett Chinnis, III**                    **X  /s/ Dara Stabler Chinnis**
**William Bennett Chinnis, III**                           **Dara Stabler Chinnis**
Signature of Debtor 1                                      Signature of Debtor 2

Date    **September 10, 2018**              Date    **September 10, 2018**

Software Copyright (c) 2018 CINGroup - www.cincompass.com

# United States Bankruptcy Court
## Southern District of Alabama, Mobile Division

In re  **Chinnis, William Bennett III & Chinnis, Dara Stabler**

Case No. _____

Debtor(s)

Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **3,000.00** |
| Prior to the filing of this statement I have received | $ | **3,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Our firm has received $3000 for legal services and $335 for the filing fee.  The scope of representation does not include discovery proceedings, adversary proceedings, or any litigation or other legal proceedings brought by the trustee or any creditor, including litigation brought under Bankruptcy Code Sections 523 or 727.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Debtor has agreed to pay any out of pocket expenses including long distance telephone calls, faxes and copying charges.  This fee does not include representation in any adversary proceeding or Rule 2004 examination.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **September 10, 2018** | **/s/ Alexandra K. Garrett** |
| *Date* | **Alexandra K. Garrett** |
| | *Signature of Attorney* |
| | **Silver, Voit & Thompson** |
| | |
| | **4317-A Midmost Dr.** |
| | **Mobile, AL 36609** |
| | **(251) 343-0800** |
| | **agarrett@silvervoit.com** |
| | *Name of law firm* |

---

**United States Bankruptcy Court**
**Southern District of Alabama, Mobile Division**

IN RE:                                                        Case No. _____

<u>Chinnis, William Bennett III & Chinnis, Dara Stabler</u>         Chapter **7** _____
<span style="padding-left:2em;">Debtor(s)</span>

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **September 10, 2018** _____          Signature: ***/s/ William Bennett Chinnis, III*** _____
<span style="padding-left:8em;">**William Bennett Chinnis, III**</span>                                  Debtor


Date: **September 10, 2018** _____          Signature: ***/s/ Dara Stabler Chinnis*** _____
<span style="padding-left:8em;">**Dara Stabler Chinnis**</span>                                  Joint Debtor, if any

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

AAA Cooper Transportation
5210 Kooiman Rd
Theodore, AL  36582-1612


Aaron Oil Company, Inc. VD
PO Box 2304
Mobile, AL  36652-2304


Ace Hardware & Construction Supply
10041 Highway 43
Creola, AL  36525-4540


Advanced Disposal Services
PO Box 791064
Baltimore, MD  21279-1064


Alabama Express
PO Box 81462
Mobile, AL  36689-1462


Alafab, Inc.
770 Pierce Rd
Mobile, AL  36608-9441


All Plastics & Fiberglass, Inc.
8201 Zeigler Blvd
Mobile, AL  36608-5230

All-Tech Machining
13475 Laco Cooper Rd
Wilmer, AL  36587-8201


Allen-Southern Electric Motor Service
2877 Mill St
Mobile, AL  36607-1919


Alloy & Stainless Fastener
PO Box 974032
Dallas, TX  75397-4032


Ameribolt_1
PO Box 827
Sylacauga, AL  35150-0827


Androck Hardware Corp.
711 19th St
Rockford, IL  61104-3434


Arc Controls, Inc.
4875 Tufts Rd
Mobile, AL  36619-8933


Associated Builders & Contractors
755 McRae Ave Apt C
Mobile, AL  36606-4538

Atlas Bolt & Screw Corp.
PO Box 96113
Chicago, IL  60693-6113


Automatic Processing, Inc.
PO Box 843771
Dallas, TX  75284-3771


B & G Manufacturing
3067 Unionville Pike
Hatfield, PA  19440-1822


Bank of New York Mellon
101 Barclay St # 4W
New York, NY  10007-2550


Bank of New York Mellon
c/o Goodman G. Ledyard Pierce Ledyard, P
PO Box 161389
Mobile, AL  36616-2389


Barron Company, LLC
PO Box 611144
Birmingham, AL  35261-1144


Bay Paper Company
1 Bay Paper Dr
Mobile, AL  36607-2400

Bay Steel
PO Box 376
Mobile, AL  36601-0376


Bayou Fasteners
730 Industrial Pkwy
Saraland, AL  36571-3714


Bayside Rubber & Products, Inc.
PO Box 9344
Mobile, AL  36691-0344


Binder Metal Products
PO Box 2306
Gardena, CA  90247-0306


Block USA
PO Box 1227
Mobile, AL  36633-1227


Brighton-Best Socket Screw Mfg., Inc.
5855 Obispo Ave
Long Beach, CA  90805-3715


Brikksen, Inc.
PO Box 471318
Lake Monroe, FL  32747-1318

Brookview Bolt
1954 Brookview Rd
Castleton on Hudson, NY  12033-9728


Business & Professional
PO Box 16512
Mobile, AL  36616-0512


C.N. Fastener Mfg. Company
14825 Northwest Fwy Ste 900
Houston, TX  77040-4081


Cam2 Industrial Oil & Supply, Inc.
PO Box 903
Grove Hill, AL  36451-0903


Cardinal Fastener
5185 Richmond Rd
Bedford, OH  44146-1330


CCI Pipeline Systems, Inc.
1058 O'Neal Dr
Breaux Bridge, LA  70517-7203


Cintas #211
PO Box 190727
Mobile, AL  36619-0727

City of Mobile, AL Revenue Department
PO Box 3065
Mobile, AL  36652-3065


CityBizUSA
5401 Cottage Hill Rd Ste D
Mobile, AL  36609-4236


Coastal Imprints
620 Saraland Blvd S Apt B
Saraland, AL  36571-3603


Countrywide Home Loans, Inc.
4500 Park Granada
Calabasas, CA  91302-1613


CPU2, LLC
19348 N 4th St
Covington, LA  70433-8875


Dan-Loc Bolt & Gasket, Inc.
PO Box 676866
Dallas, TX  75267-6866


Darling Bolt Company
PO Box 2035
Warren, MI  48090-2035

Davison Oil Company
8450 Tanner Williams Rd
Mobile, AL  36608-8316


Deltacom
PO Box 2252
Birmingham, AL  35246-0031


Dewalt Service Center
3831 Airport Blvd
Mobile, AL  36608-1619


Diversified Industrial Supply, LLC
PO Box 238
Bucks, AL  36512-0238


Drillco, Inc.
13011 S Choctaw Dr
Baton Rouge, LA  70815-2810


DSC, LLC
1641 Conception Street Rd
Mobile, AL  36610-4751


Durham Manufacturing Co.
PO Box 230
Durham, CT  06422-0230

Dyson Corporation
PO Box 75561
Cleveland, OH  44101-4200


Evans & Company, Inc.
7930 Zeigler Blvd
Mobile, AL  36608-5228


Fed Ex
PO Box 1140
Memphis, TN  38101-1140


FedEX Fast Freight
PO Box 406708
Atlanta, GA  30384-6708


Ferrell Gas
PO Box 173940
Denver, CO  80217-3940


Ford Motor Credit
PO Box 542000
Omaha, NE  68154-8000


Forest City Bolt
PO Box 2105
Loves Park, IL  61130-0105

Frischkorn, Inc.
PO Box 100286
Atlanta, GA  30384-0286


Frischkorn, Inc. #2047
715 W Claiborne St
Monroeville, AL  36460-1644


G.L. Huyett
PO Box 232
Minneapolis, KS  67467-0232


Gomien Security
8550 Cottage Hill Rd
Mobile, AL  36695-3611


Great Plains Industries, Inc.
5252 E 36th St N
Wichita, KS  67220-3205


Gulf State Hangers & Supports
PO Box 407
Theodore, AL  36590-0407


Gulf States Saw & Machine Co., Inc.
PO Box 3609
Hueytown, AL  35023-0609

Gulf Supply, Inc.
PO Box 11454
Mobile, AL  36671-0454


Heads & Threads International, LLC
23215 Network Pl
Chicago, IL  60673-1232


Highland Threads, Inc.
11700 Gloger St
Houston, TX  77039-6308


Hiller Systems, Inc.
PO Box 91508
Mobile, AL  36691-1508


Hilti, Inc.
PO Box 382002
Pittsburgh, PA  15251-8002


Ideal Supply, Inc.
11400 Kreutzer Rd Unit A
Huntley, IL  60142-8094


Industrial Fort Lift & Truck Repair
PO Box 102
Theodore, AL  36590-0102

Industrial Medical Clinic
PO Box 11984
Birmingham, AL  35202-1984


Industrial Metal Finish
4200 Perry St
Houston, TX  77021-2756


International Assurance, Inc.
PO Box 9635
Mobile, AL  36691-0635


Interstate Threaded Products
PO Box 224429
Dallas, TX  75222-4429


Itcentric, LLC
2316 Knollwood Dr Ste A
Mobile, AL  36693-3053


Jackson County Chamber of Commerce
PO Box 480
Pascagoula, MS  39568-0480


Joe Nader Trust
c/o Walter Z. Smith, Jr.
PO Box 210
Calvert, AL  36513-0210

Kanebridge Corp.
153 Bauer Dr
Oakland, NJ  07436-3103


Kennedy Industrial
4001 Halls Mill Rd
Mobile, AL  36693-5613


Kentwood Springs
PO Box 660579
Dallas, TX  75266-0579


Kulkoni, Inc.
PO Box 10747
Houston, TX  77206-0747


L & M Welding Supply, Inc.
2789 Macmae Dr
Mobile, AL  36606-2623


Lowes -VD
PO Box 530970
Atlanta, GA  30353-0970


Meadow Burke Products
PO Box 404271
Atlanta, GA  30384-4271

Metals Inc. Gulf Coast
PO Box 951044
Dallas, TX  75395-1044


Metals USA
PO Box 2763
Mobile, AL  36652-2763


Metric Multistand
120 Old Saw Mill Riv Rd
Hawthorne, NY  10532-1515


Mobile Area Chamber of Commerce
PO Box 2187
Mobile, AL  36652-2187


Mobile County Revenue Commissioner
PO Box 1169
Mobile, AL  36633-1169


Mosley's Meat Market
4678 Airport Blvd
Mobile, AL  36608-3124


Motion Industries (Mobile)
PO Box 404130
Atlanta, GA  30384-4130

MSC Industrial Supply Co.
75 Maxess Rd
Melville, NY  11747-3151


National Threaded Fasteners
3705 Lane Rd Ext
Perry, OH  44081-9549


Nedschroef Corp.
PO Box 11570
Spring, TX  77391-1570


Nordan Smith- VD
PO Box 1937
Hattiesburg, MS  39403-1937


Nova Fasteners
7500 New Horizons Blvd
Amityville, NY  11701-1151


ORS Nasco
PO Box 249
Muskogee, OK  74402-0249


Packaging Solutions Group, Inc.
PO Box 563
Cantonment, FL  32533-0563

Pat's Industrial & Auto Supply, Inc.
201 Whistler St
Mobile, AL  36610-2238


PHS Industries, Inc.
434 Latigue Rd
Westwego, LA  70094-2334


Pitts Sons, Inc.
1850 Shelton Beach Road Ext
Saraland, AL  36571-3902


PNC Bank
300 5th Ave
Pittsburgh, PA  15222-2401


PNC Bank, N.A.
c/o Alan C. Christian Johnstone Adams, L
PO Box 1988
Mobile, AL  36633-1988


Preferred Service Market Fastening
#
1 Gunnebo Dr
Lonoke, AR  72086-2914


Prestige Stamping, Inc
PO Box 1777
Detroit, MI  48279-1777

Pride Solutions, LLC
PO Box 128
Hutchinson, MN  55350-0128


Printing One
740 Hillcrest Rd
Mobile, AL  36695-3924


R & L Carriers
PO Box 713153
Columbus, OH  43271-3153


RBC Bank
PO Box 1220
Rocky Mount, NC  27802-1220


RBC Bank
PO Box 2857
Rocky Mount, NC  27802-2857


RBC Bank Visa
PO Box 2857
Rocky Mount, NC  27802-2857


Regions Bank
PO Box 15710
Wilmington, DE  19886-5710

Reliable Staffing
PO Box 190146
Mobile, AL  36619-0146


Roberts Brothers, Inc.
3601 Springhill Business Park
Mobile, AL  36608-1256


Rubber Hose & Gasket
759 Lakeside Dr
Mobile, AL  36693-5113


Safety Shoes Plus
23 Saraland Blvd S
Saraland, AL  36571-2801


Sears
951 Saraland Blvd S
Saraland, AL  36571-3608


Sherwin-Williams
5560 Rangeline Rd
Mobile, AL  36619-9540


Shipyard Supply, Inc.
5495 E Rite Rd
Theodore, AL  36582-1657

Siskin Steel & Supply Co.
PO Box 1191
Chattanooga, TN  37401-1191


Small Business Administratio
801 Tom Martin Dr Ste 120
Birmingham, AL  35211-6424


Solon Manufacturing Co.
PO Box 207
Chardon, OH  44024-0207


Southern Gas and Supply
125 Thruway Park Rd
Broussard, LA  70518-3601


Southwest Alabama Chamber of Commerce
PO Box 44
Thomasville, AL  36784-0044


Specialized Loan Servicing, LLC
PO Box 636005
Littleton, CO  80163-6005


Specialty Steel Supply
3009 Hand Ave
Mobile, AL  36612-1759

Standard Fastener & Supply
PO Box 435
South Houston, TX  77587-0435


Staples Business Advantage
PO Box 530621
Atlanta, GA  30353-0621


Star Sales Baltimore, Inc.
4701 Trident Ct
Baltimore, MD  21227-4617


Star Stainless Screw Co.
PO Box 48043
Newark, NJ  07101-4843


State of AL Dept of Revenue
50 N Ripley St
Montgomery, AL  36130-1001


Stelfast
229789 Stelfast Pkwy
Strongsville, OH  44149


Stuart C. Irby
3232 Moffett Rd
Mobile, AL  36607-1706

Sunbelt Bolt & Screw
PO Box 16088
Jackson, MS  39236-6088


Sunbelt Stud Welding, Inc.
6381 Windfern Rd
Houston, TX  77040-4964


TCI Tire Center
1155 Telegraph Rd
Mobile, AL  36611-2200


Titan Fastener Products, Inc.
2627 Sidney Lanier Dr
Brunswick, GA  31525-6812


Tool-Smith Company, Inc.
Dept. 3422
PO Box 2153
Birmingham, AL  35287-0002


Tooling Concepts
PO Box 191034
Mobile, AL  36619-1034


Tortoise Fastener Company
11475 E 53rd Ave
Denver, CO  80239-2333

Triangle Aggregates, Inc.
PO Box 308
Jackson, AL  36545-0308


Triple H Specialty of Mobile
PO Box 2030
Andalusia, AL  36420-1234


U.S. Small Business Administration
2120 Riverfront Dr Ste 100
Little Rock, AR  72202-1794


Uni-Strut of Alabama
PO Box 5321
Birmingham, AL  35207-0321


United Parcel Service
PO Box 7247-0244
Philadelphia, PA  19170-0001


UPS Freight
PO Box 533238
Atlanta, GA  30353-3238


Vertex Distribution
NW 5943
PO Box 1450
Minneapolis, MN  55485-1450

Vulcan Threaded Rod Company
PO Box 509
Pelham, AL  35124-0509


Wade Office
PO Box 16244
Mobile, AL  36616-0244


Wesco Gas & Welding Supply, Inc.
PO Box 10546
Mobile, AL  36610-0546


Wigman's Hardware & Building Supply
1623 Dauphin Island Pkwy
Mobile, AL  36605-3053


Wilson Anchor Bolt Sleeve, LLC
1908 Oak Berry Cir
Wellington, FL  33414-6114


Wilson-Dismukes, Inc.
2646 Government Blvd
Mobile, AL  36606-2602


Worldwide Construction Products
PO Box 410732
Charlotte, NC  28241-0732

```
XL Screw
7995 Third Flag Pkwy
Austell, GA  30168-7664


Yellow Woods
PO Box 48046
Newark, NJ  07101-4846


Zep
PO Box 404628
Atlanta, GA  30384-4628
```

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **William Bennett Chinnis, III** |
|---|---|
| Debtor 2 (Spouse, if filing) | **Dara Stabler Chinnis** |
| United States Bankruptcy Court for the: | Southern District of Alabama, Mobile Division |
| Case number (if known) | |

**Check one box only as directed in this form and in Form 122A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1:  Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

   ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3 | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

   | | | Debtor 1 | |
   |---|---|---|---|
   | Gross receipts (before all deductions) | $ _____ | | |
   | Ordinary and necessary operating expenses | -$ _____ | | |
   | Net monthly income from a business, profession, or farm | $ _____ | Copy here -> $ _____ | $ _____ |

6. **Net income from rental and other real property**

   | | | Debtor 1 | |
   |---|---|---|---|
   | Gross receipts (before all deductions) | $ _____ | | |
   | Ordinary and necessary operating expenses | -$ _____ | | |
   | Net monthly income from rental or other real property | $ _____ | Copy here -> $ _____ | $ _____ |

| 7. **Interest, dividends, and royalties** | $ _____ | $ _____ |
|---|---|---|

|  | Column A **Debtor 1** | Column B **Debtor 2 or non-filing spouse** |
|---|---|---|

**8. Unemployment compensation** ........ $ _____  $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you .................................... $ _____

For your spouse ...................... $ _____

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. ........ $ _____  $ _____

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

_____  $ _____  $ _____

_____  $ _____  $ _____

Total amounts from separate pages, if any.  + $ _____  $ _____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____  + $ _____  = $ _____

Total current monthly income

---

**Part 2:     Determine Whether the Means Test Applies to You**

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ........................ Copy line 11 here=>  $ _____

Multiply by 12 (the number of months in a year)  **x 12**

12b. The result is your annual income for this part of the form  **12b.**  $ _____

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.  [_____]

Fill in the number of people in your household.  [_____]

Fill in the median family income for your state and size of household.  **13.**  $ _____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

---

**Part 3:     Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ William Bennett Chinnis, III**              X **/s/ Dara Stabler Chinnis**
_____              _____
**William Bennett Chinnis, III**                   **Dara Stabler Chinnis**
Signature of Debtor 1                              Signature of Debtor 2

Date **September 10, 2018**                         Date **September 10, 2018**
_____                            _____
MM / DD / YYYY                                     MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document      Page 143 of 149

| Fill in this information to identify your case: |
| --- |

Debtor 1     **William Bennett Chinnis, III**

Debtor 2     **Dara Stabler Chinnis**
(Spouse, if filing)

United States Bankruptcy Court for the:    Southern District of Alabama, Mobile Division

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122A – 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

**Part 1**    **Identify the Kind of Debts You Have**

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

    ■ No.    Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

    ☐ Yes.    Go to Part 2.

**Part 2:**    **Determine Whether Military Service Provisions Apply to You**

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

    ☐ No.    Go to line 3.

    ☐ Yes.    Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
       10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

       ☐ No.    Go to line 3.

       ☐ Yes.    Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

    ☐ No.    Complete Form 122A-1. Do not submit this supplement.

    ☐ Yes.    Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

       ☐ No.    Complete Form 122A-1. Do not submit this supplement.

       ☐ Yes.    Check any one of the following categories that applies:

          ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

          ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

          ☐ **I am performing a homeland defense activity for at least 90 days.**

          ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later.

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document     Page 144 of 149

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.**
*Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Software Copyright (c) 2018 CINGroup - www.cincompass.com

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |        |                    |
|---|--------|--------------------|
|   | $1,167 | filing fee         |
| + | $550   | administrative fee |
|   | $1,717 | total fee          |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 2018 CINGroup - www.cincompass.com

**Read These Important Warnings**

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|-----------|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|-----------|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

> domestic support obligations,
>
> most student loans,
>
> certain taxes,
>
> debts for fraud or theft,
>
> debts for fraud or defalcation while acting in a fiduciary capacity,
>
> most criminal fines and restitution obligations,
>
> certain debts that are not listed in your bankruptcy papers,
>
> certain debts for acts that caused death or personal injury, and
>
> certain long-term secured debts.

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Case 18-03667    Doc 1    Filed 09/10/18    Entered 09/10/18 16:18:50    Desc Main
Document    Page 147 of 149

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## Southern District of Alabama, Mobile Division

**IN RE:**                                                    Case No. _____

Chinnis, William Bennett III & Chinnis, Dara Stabler            Chapter **7** _____
<span style="font-size:smaller">Debtor(s)</span>

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____     Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer     petition preparer is not an individual, state
Address:                                                              the Social Security number of the officer,
_____     principal, responsible person, or partner of
                                                                     the bankruptcy petition preparer.)
_____     (Required by 11 U.S.C. § 110.)
**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Chinnis, William Bennett III & Chinnis, Dara Stabler     **X** */s/ William Bennett Chinnis, III*          9/10/2018
Printed Name(s) of Debtor(s)                                  Signature of Debtor                          Date

Case No. (if known) _____     **X** */s/ Dara Stabler Chinnis*                    9/10/2018
                                                              Signature of Joint Debtor (if any)          Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)