IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| WILLIAM B. CHINNIS, III and | * | Case No. 18-03667 |
| DARA STABLER CHINNIS, | * | |
| | * | |
| Debtors. | * | Chapter 7 |
| | * | |

## DEBTOR'S AMENDED MOTION TO AVOID LIEN

Debtor William B. Chinnis, III moves the Court for entry of an order avoiding a lien upon his membership interest in Meat Boss, LLC, and for grounds says as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. §522(f) and 28 U.S.C. §1334. This is a core proceeding.

2. PNC Bank, N.A. received a judgment against Debtor William B. Chinnis, III in the amount of $1,398,104.97 on May 29, 2018, plus interest at the statutory rate. PNC recorded its Certificate of Judgment as Instrument No. 2018034278.

3. PNC subsequently obtained a Charging Order against William B. Chinnis, III's membership interest in Meat Boss, LLC.

4. Pursuant to *Code of Alabama* §10A-5A-5.03(c) the Charging Order constitutes a lien on the judgment debtor's transferable interest.

5. There is no equity in the Debtor's membership interest in Meat Boss, LLC against which PNC asserts its lien. William B. Chinnis, III's membership interest in Meat Boss, LLC has only nominal value as reflected on his Schedule B, and he claimed such interest as exempt.

5. William B. Chinnis, III prays for entry of an order avoiding the judicial lien created by the Charging Order and, to the extent it applies against the Debtor, PNC's judgment

1

lien under Bankruptcy Code §522(f) to the extent they impair his personal property exemption under Alabama law.

6. William B. Chinnis, III's affidavit filed contemporaneously herewith and describing his ownership of the membership interest, the value thereof, and the nature of the judgment is incorporated herein by reference.

WHEREFORE, after expiration of the notice, barring any objection, Debtor William B. Chinnis, III requests that the Court will enter an order avoiding the lien created by the Charging Order and, to the extent it applies to the Debtor, PNC Bank's judgment lien on his membership interest in Meat Boss, LLC, requiring PNC to release its Charging Order against the Debtor's interest in Meat Boss, LLC, and for such other relief as is just.

/s/ Alexandra K. Garrett
Alexandra K. Garrett

SILVER, VOIT & THOMPSON
Attorneys at Law, PC
4317-A Midmost Drive
Mobile, AL 36609-5589
251-343-0800
251-343-0862 (fax)
agarrett@silvervoit.com

Attorney for Debtor William B. Chinnis, III
LS-7911-15153

## CERTIFICATE OF SERVICE

    I, Alexandra K. Garrett, hereby certify that I have served a copy of the foregoing by placing same in the United States Postal Service, first class postage prepaid, or via electronic mailing, to the following, on the 8th day of November, 2018.

PNC Bank  
300 5th Avenue  
Pittsburg, PA 15222-2401

PNC Bank, N.A.  
c/o Alan C. Christian & Lawrence J. Seiter  
Johnstone Adams, LLC  
P.O. Box 1988  
Mobile, AL 36633-1988

D. Parker Sweet  
Trustee  
P.O. Box 537  
Daphne, AL 365526

/s/ Alexandra K. Garrett  
Alexandra K. Garrett